# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RICHARD BLEIER, ELFRIEDE KORBER, CHRISTOPHER MARK, Individually and on Behalf of All Others Similarly Situated ) ) ) ) | Civil Action |
| Plaintiffs, ) | No. 08 CV 6254 |
| vs. ) ) | Hon. Edmond E. Chang U. S. District Court Judge |
| BUNDESREPUBLIK DEUTSCHELAND a/k/a, FEDERAL REPUBLIC OF GERMANY, *et al*. ) ) ) ) | Hon. Susan E. Cox U. S. Magistrate Judge |
| Defendants. ) | |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on **March 16, 2012** we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, an **Defendants Bundesrepublik Deutschland ("Federal Republic Of Germany") And Defendant Bundesministerium Der Finanzen ("German Finance Ministry") Reply In Support Of Their Motion To Dismiss For Lack Of Subject Matter Jurisdiction And Failure To State A Claim For Which Relief Can Be Granted And Request For Jurisdictional Evidentiary Hearing,** a copy of which is attached hereto and herewith served upon you.

Respectfully submitted,

TISHLER & WALD, LTD.

By: */s/ Alexander D. Kerr, Jr.*
    One of Their Counsel

| | |
|---|---|
| Jeffrey Harris | Alexander D. Kerr, Jr. (1450484) |
| Max Riederer von Paar | Bruce L. Wald (2919095) |
| RUBIN, WINSTON, DIERCKS, HARRIS & COOKE, LLP | TISHLER & WALD, LTD. |
| 1201 Connecticut Avenue, N.W., Suite 200 | 200 South Wacker Drive, Suite 3000 |
| Washington, D.C. 20036 | Chicago, IL 60606 |
| (202) 861-0870 (phone) | (312) 876-3800 (phone) |
| (202) 429-0657 (fax) | (312) 876-3816 (fax) |
| e-mail: mriederer@rwdhc.com | e-mail: akerr@tishlerwald.com |
|     jharris@rwdhc.com |     bwald@tishlerwald.com |

*Attorneys for Bundesrepublik Deutscheland a/k/a Federal Republic of Germany, and Bundesministerium Deutschland a/k/a German Ministry of Finance*

## **CERTIFICATE OF SERVICE**

       The undersigned attorney certifies that he caused to be served a copy of the **Notice of Filing** and **Defendants Bundesrepublik Deutschland ("Federal Republic Of Germany") And Defendant Bundesministerium Der Finanzen ("German Finance Ministry") Reply In Support Of Their Motion To Dismiss For Lack Of Subject Matter Jurisdiction And Failure To State A Claim For Which Relief Can Be Granted And Request For Jurisdictional Evidentiary Hearing**, upon Plaintiff's local counsel via e-mail as well as to all Counsel of Record via the Court's ECF system, this 16th day of March, 2012, at or before the hour of 5:00 p.m.

                                                                         */s/ Alexander D. Kerr, Jr.*

Alexander D. Kerr, Jr. (1450484)
Bruce L. Wald (2919095)
TISHLER & WALD, LTD.
200 South Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 876-3800 (phone)
(312) 876-3816 (fax)
e-mail: bwald@tishlerwald.com
        akerr@tishlerwald.com