**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RICHARD BLEIER, ELFRIEDE KORBER, CHRISTOPHER MARK, Individually and on Behalf of All Others Similarly Situated | ) ) ) ) ) | Civil Action<br><br>No. 08 CV 6254 |
| Plaintiffs, | ) | Hon. Edmond E. Chang |
| vs. | ) ) | U. S. District Court Judge |
| BUNDESREPUBLIK DEUTSCHELAND a/k/a, FEDERAL REPUBLIC OF GERMANY, *et al*. | ) ) ) ) | Hon. Susan E. Cox<br>U. S. Magistrate Judge |
| Defendants. | ) | |

**MOTION OF DEFENDANTS
BUNDESREPUBLIK DEUTSCHLAND AND DEFENDANT
BUNDESMINISTERIUM DER FINANZEN FOR AN EXTENSION OF TIME TO
FILE RESPONSIVE MEMORANDUM TO MOTIONS OF PLAINTIFFS
ELFRIEDE KORBER AND CHRISTOPHER MARK TO (1) CERTIFY CLASS
AND (2) TO COMPEL GERMANY TO ENTER DIRECT NEGOTIATIONS**

Defendant Bundesrepublik Deutschland (the "Federal Republic of Germany") and Defendant Bundesministerium Der Finanzen ("German Finance Ministry") move this Court, pursuant to Local Rule 78.3, for an extension of time to file their response to the motions of Elfriede Korber and Christopher Mark (1) to compel direct negotiations with Germany and (2) for class certification as to Dawes and Young Bonds (EOD 350). That document also constituted Plaintiffs' response to Germany's Motion to Dismiss (EOD 346, 347, 348). These Defendants have previously filed their reply in support of their Motion to Dismiss (EOD 353). Plaintiffs' motions were entered and continued by the Court (EOD 352). However, since Plaintiffs' extensive motion contained within it, the memorandum in support of its request for class certification and compulsory negotiation, it may be interpreted to have commenced the time within which the appropriate

Defendants must respond to each of these motions. Accordingly, the Federal Republic of Germany and the German Finance Ministry respectfully request on their own behalf to and including April 30, 2012 to file their responses to the Motion to Compel Negotiations and request on their own behalf and on behalf of all Defendants until April 30, 2012 to respond to the Motion for Class Certification as to Dawes and Young Bonds.

It is requested that Plaintiffs be given adequate time within which to file replies in support of their motions to and including May 30, 2012.

For the convenience of the Court and the parties, this Motion will be presented at the next scheduled status call on March 29, 2012 at 10:15 a.m.

**WHEREFORE**, the Federal Republic of Germany and the German Finance Ministry, Defendants herein, respectfully pray for the entry of an Order scheduling the responsive memoranda and reply memoranda, and for such other further relief as the Court deems appropriate under the circumstances.

Dated: March 19, 2012

Respectfully submitted,

BUNDESREPUBLIK DEUTSCHLAND
and BUNDESMINISTERIUM DER FINANZEN

By: _/s/ Alexander D. Kerr, Jr._
　　　One of Their Counsel

| | |
|---|---|
| Bruce L. Wald (2919095) | Jeffrey Harris |
| Alexander D. Kerr, Jr. (1450484) | Max Riederer von Paar |
| Tishler & Wald, Ltd. | Rubin, Winston, Diercks, |
| 200 South Wacker Drive, Suite 3000 | Harris & Cooke, LLP |
| Chicago, IL 60606 | 1201 Connecticut Avenue, N.W., Suite 200 |
| (312) 876-3800 (phone) | Washington, D.C. 20036 |
| (312) 876-3816 (fax) | (202) 861-0870 (phone) |
| e-mail: bwald@tishlerwald.com | (202) 429-0657 (fax) |
| 　　　akerr@tishlerwald.com | e-mail: jharris@rwdhc.com |
| | 　　　mriederer@rwdhc.com |

N:\clients\C\Commerzbank (Bleier v. Fed Rep of Germany) - 4465-101\Pleadings\Motion for Extension of Time to Respond to #350.doc