**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RICHARD BLEIER, ELFRIEDE KORBER, CHRISTOPHER MARK, Individually and on Behalf of All Others Similarly Situated | ) ) ) ) | Civil Action |
| Plaintiffs, | ) ) | No. 08 CV 6254 |
| vs. | ) ) | Hon. Edmond E. Chang U. S. District Court Judge |
| BUNDESREPUBLIK DEUTSCHELAND a/k/a, FEDERAL REPUBLIC OF GERMANY, *et al.* | ) ) ) | Hon. Susan E. Cox U. S. Magistrate Judge |
| Defendants. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Thursday, March 29, 2012**, at the hour of **10:15 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Edmond E. Chang, United States District Judge, in Courtroom 1403, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge sitting in his stead, and shall then and there present **Motion Of Defendants Bundesrepublik Deutschland And Defendant Bundesministerium Der Finanzen For An Extension Of Time To File Responsive Memorandum To Motions Of Plaintiffs Elfriede Korber And Christopher Mark To (1) Certify Class And (2) To Compel Germany To Enter Direct Negotiations**, a copy of which is attached hereto and herewith served upon you.

PLEASE TAKE FURTHER NOTICE that this motion has been noticed to coincide with the next scheduled status for the convenience of the Court and the parties.

Dated: March 19, 2012

Respectfully submitted,

TISHLER & WALD, LTD.

By: ___*/s/ Alexander D. Kerr, Jr.*___
    One of Their Counsel

| | |
|---|---|
| Jeffrey Harris | Alexander D. Kerr, Jr. (1450484) |
| Max Riederer von Paar | Bruce L. Wald (2919095) |
| RUBIN, WINSTON, DIERCKS, | TISHLER & WALD, LTD. |
| HARRIS & COOKE, LLP | 200 South Wacker Drive, Suite 3000 |
| 1201 Connecticut Avenue, N.W., Suite 200 | Chicago, IL 60606 |
| Washington, D.C. 20036 | (312) 876-3800 (phone) |
| (202) 861-0870 (phone) | (312) 876-3816 (fax) |
| (202) 429-0657 (fax) | e-mail: akerr@tishlerwald.com |
| e-mail: mriederer@rwdhc.com | bwald@tishlerwald.com |
| jharris@rwdhc.com | |

*Attorneys for Bundesrepublik Deutscheland a/k/a Federal Republic of Germany,
and Bundesministerium Deutschland a/k/a German Ministry of Finance*

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that he caused to be served a copy of an **Motion Of Defendants Bundesrepublik Deutschland And Defendant Bundesministerium Der Finanzen For An Extension Of Time To File Responsive Memorandum To Motions Of Plaintiffs Elfriede Korber And Christopher Mark To (1) Certify Class And (2) To Compel Germany To Enter Direct Negotiations,** upon Plaintiff's local counsel via e-mail as well as to all Counsel of Record via the Court's ECF system, this 19th day of March, 2012, at or before the hour of 5:00 p.m.

*/s/ Alexander D. Kerr, Jr.*

Alexander D. Kerr, Jr. (1450484)
Bruce L. Wald (2919095)
TISHLER & WALD, LTD.
200 South Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 876-3800 (phone)
(312) 876-3816 (fax)
e-mail:  bwald@tishlerwald.com
           akerr@tishlerwald.com