## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Richard Bleier, et al.
                                    Plaintiff,

v.                                                            Case No.: 1:08−cv−06254
                                                              Honorable Edmond E. Chang

Bundesrepublik Deutscheland, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 28, 2012:

    MINUTE entry before Honorable Edmond E. Chang: Defendants Federal Republic of Germany and German Finance Ministry's motion for extension of time to respond [355] to Plaintiffs' motions to certify class and compel negotiations is granted in part and denied in part. If the Court requires a response to the motions, then a briefing schedule will be set at that time. All of the other pending motions set for 03/29/12, and the status hearing of 03/29/12, are continued to 04/12/12 at 9:00 a.m. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.