**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Richard Bleier, Plaintiff<br>v.<br>Bundesrepublik Deutscheland, et al. | Case Number: 08 CV 6254<br><br>Honorable Edmond E. Chang<br><br>Magistrate Judge Susan E. Cox |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Deutsche Bank AG, Deutsche Bank /Bankers Trust Co., Credit Suisse Group AG, Defendants

| |
|---|
| NAME (Type or print)<br>William Scott Booth |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ William Scott Booth |
| FIRM<br>Eimer Stahl LLP |
| STREET ADDRESS<br>224 South Michigan Avenue, Suite 1100 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6271971 | 312-660-7640 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐