# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Richard Bleier, et al.

                        Plaintiff,

v.                                                         Case No.: 1:08−cv−06254
                                                               Honorable Edmond E. Chang

Bundesrepublik Deutscheland, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 11, 2012:

      MINUTE entry before Honorable Edmond E. Chang: Status and motions hearings of 04/12/12 is reset to 05/02/12 at 9:30 a.m. because the motions are still under advisement.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.