# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John J. Tharp Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 06254 | DATE | 6/8/2012 |
| CASE TITLE | BLEIER vs. BUNDESREPUBLIK DEUTSCHELAN | | |

**DOCKET ENTRY TEXT**

This case has been reassigned to the calendar of Judge John J. Tharp, Jr. To assist the Court in acquiring the requisite knowledge of the case, counsel for the parties are directed to confer, and then to prepare and file a joint status report, not to exceed five pages, no later than June 22, 2012. If defendant's counsel has not yet filed an appearance, the status report should be prepared by plaintiff's counsel. A temple for the Reassignment Status Report, setting forth the information required, is attached to this order and can be found on Judge Tharp's home page. The Court hereby strikes any status hearing set on or before August 1, 2012, that the reassigning Judge did not already strike. The Court will re-set status hearings as necessary following its review of the parties' joint status reports. Unless otherwise ordered by this Court, all other hearing dates, deadlines, and schedules in effect as of the date of this Order remain in effect.

[For further details see attached]

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | air |
|---|---|---|

[Case Caption]

**REASSIGNMENT STATUS REPORT**

1. **Nature of the Case**

    A. Identify all attorneys of record for each party, and indicate their roles (*e.g.*, lead trial counsel, of counsel, local counsel, etc.).

    B. State the basis for federal jurisdiction and indicate whether any party disputes federal jurisdiction.

    C. Generally describe the nature of the claims asserted in the complaint and any counterclaims.

    D. Describe the relief sought by the plaintiff(s).

    E. Identify any parties that have not been served.

2. **Pending Motions and Case Plan**

    A. Briefly describe all pending motions, including the date the motion and associated briefs were filed (or the briefing schedule, if briefing has not yet been completed).

    B. Briefly describe the discovery that has been taken (if any), the discovery that remains to be taken (if any), and any operative schedule governing discovery. Also indicate whether the discovery schedule has previously been extended and, if so, how many times and by what period(s) of time.

    C. Briefly describe any substantive rulings that have been entered.

    D. Identify any substantive or significant procedural motions that any party anticipates filing prior to trial.

    E. With respect to a trial:

        (1) Indicate whether there is a jury demand;

        (2) Estimate the length of the trial; and

        (3) Provide the earliest date as to which the parties agree that the case will be ready for trial.

3. **Referrals and Settlement**

A. Identify the assigned Magistrate Judge and state whether the case has been referred for discovery supervision, a settlement conference, and/or any other purpose.

B. State whether any settlement discussions have occurred and the status of any settlement discussions.

C. Indicate whether the parties jointly believe that a settlement conference would be productive at this time.

D. Advise whether counsel have informed their respective clients about the possibility of consenting to proceed before the assigned Magistrate Judge.

4. **Other Information**

A. Provide any other information that the parties believe is pertinent to the Court's understanding of the status of the case.

B. Please advise whether any party requests that the Court set a status hearing.