**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Richard Bleier, et al.
                                   Plaintiff,

v.                                                            Case No.: 1:08−cv−06254
                                                                            Honorable Edmond E. Chang

Bundesrepublik Deutscheland, et al.
                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 27, 2012:

        MINUTE entry before Honorable Edmond E. Chang: Due to the pendency of the motions, the status and motion hearings of 07/02/12 are reset to 08/30/12 at 9 a.m. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.