UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD BLEIER; ) <br> CHRISTOPHER MARK; ) <br> ELFRIEDE KORBER; ) <br> Individually and On ) <br> Behalf of All Others Similarly Situated ) <br> ) <br> Plaintiffs, ) <br> vs. ) <br> ) <br> ) <br> BUNDESREPUBLIK DEUTSCHLAND ) <br> a/k/a/ FEDERAL REPUBLIC ) <br> OF GERMANY, et al. ) <br> ) <br> Defendants. ) | Civil Action No. 08 CV 06254 <br><br> **HONORABLE EDMOND E. CHANG** <br> United States District Court Judge <br><br> <u>CLASS ACTION</u> <br><br> Hon. Susan E. Cox <br> US Magistrate Judge |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on **, August 30, 2012, at 9.00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Edmond E. Chang**, or any judge sitting in his stead, in the courtroom usually occupied by him in **Room 1403** of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, 60604, and then and there present the **Plaintiffs' Motion for Enforcement of Bundesrepublik Deutschland (a/k/a Federal Republic of Germany) Payment Obligations under the bonds and Agreement on German External Debt 1953 (4 UST 443)(a/k/a London Debt Accord or "LDA" treaty) -** of which are hereby served upon you.

Dated: July 30, 2012

Respectfully submitted,

By: */s/Hassan A. Abbas*
Plaintiffs' Counsel

Hassan A. Abbas, J.D.
(Illinois ARDC No. 6206474)
Attorney and Counselor at law
Hoveniersstraat 2, Ste. 232
Antwerp, 2018 Belgium
Tel +323 233 3910  Fax +323 233 9767
Email: haa-law@hotmail.com

ELFRIEDE KORBER
CHRISTOPHER MARK
Individually and on behalf
Of all others similarly situated