**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RICHARD BLEIER, ELFRIEDE KORBER, CHRISTOPHER MARK, Individually and on Behalf of All Others Similarly Situated | ) ) ) ) | Civil Action |
| Plaintiffs, | ) ) | No. 08 CV 6254 |
| vs. | ) ) | Hon. Edmond E. Chang U. S. District Court Judge |
| BUNDESREPUBLIK DEUTSCHLAND a/k/a, FEDERAL REPUBLIC OF GERMANY, *et al.* | ) ) ) | Hon. Susan E. Cox U. S. Magistrate Judge |
| Defendants. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Thursday, August 30, 2012**, at the hour of **9:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Edmond E. Chang, United States District Judge, in Courtroom 1403, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge sitting in his stead, and shall then and there present **Motion of Defendant Bundesrepublik Deutschland (a/k/a Federal Republic of Germany) to Defer Response to Plaintiffs' Motion for Enforcement of Bundesrepublik Deutschland (a/k/a Federal Republic of Germany) Payment Obligations under the bonds and Agreement on German External Debt 1953 (EOD #371), or in the Alternative for an Extension of Time for Response Thereto**, a copy of which is attached hereto and herewith served upon you.

PLEASE TAKE FURTHER NOTICE that this motion has been noticed to coincide with the next scheduled status for the convenience of the Court and the parties.

Dated: August 6, 2012

Respectfully submitted,

TISHLER & WALD, LTD.

By:  */s/ Alexander D. Kerr, Jr.*
 One of Their Counsel

Jeffrey Harris
Max Riederer von Paar
RUBIN, WINSTON, DIERCKS,
HARRIS & COOKE, LLP
1201 Connecticut Avenue, N.W., Suite 200
Washington, D.C. 20036
(202) 861-0870 (phone)
(202) 429-0657 (fax)
e-mail: mriederer@rwdhc.com
 jharris@rwdhc.com

Alexander D. Kerr, Jr. (1450484)
Bruce L. Wald (2919095)
TISHLER & WALD, LTD.
200 South Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 876-3800 (phone)
(312) 876-3816 (fax)
e-mail: akerr@tishlerwald.com
 bwald@tishlerwald.com

*Attorneys for Bundesrepublik Deutscheland a/k/a Federal Republic of Germany*

**CERTIFICATE OF SERVICE**

      The undersigned attorney certifies that he caused to be served a copy of an **Notice of Motion** and **Motion of Defendant Bundesrepublik Deutschland (a/k/a Federal Republic of Germany) to Defer Response to Plaintiffs' Motion for Enforcement of Bundesrepublik Deutschland (a/k/a Federal Republic of Germany) Payment Obligations under the bonds and Agreement on German External Debt 1953 (EOD #371), or in the Alternative for an Extension of Time for Response Thereto,** upon Plaintiff's local counsel via e-mail as well as to all Counsel of Record via the Court's ECF system, this 6th day of August, 2012, at or before the hour of 5:00 p.m.

                                                                                     */s/ Alexander D. Kerr, Jr.*

Alexander D. Kerr, Jr. (1450484)
Bruce L. Wald (2919095)
TISHLER & WALD, LTD.
200 South Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 876-3800 (phone)
(312) 876-3816 (fax)
e-mail: bwald@tishlerwald.com
        akerr@tishlerwald.com