## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| RICHARD BLEIER; ELFRIEDE KORBER CHRISTOPHER MARK; Individually and on behalf of All Others Similarly Situated ) ) ) ) Plaintiffs, ) ) vs- ) ) BUNDESREPUBLIK DEUTSCHLAND a/k/a ) "FEDERAL REPUBLIC OF GERMANY", et al. ) ) Defendants. ) | Civil No. 08 CV 6254 <br><br>**THE HONORABLE EDMOND E. CHANG** <br>U.S. District Court Judge <br><br><u>CLASS ACTION</u> <br><br>Hon. Susan E. Cox <br>Magistrate Judge |

**PLAINTIFF'S MOTION FOR LEAVE TO ADD REPRESENTATIVE PLAINTIFF CHESTER GRAY, PURSUANT TO F.R.C.P., RULE 21, AND, MOTION TO DISMISS RICHARD BLEIER UNDER F.R.C.P., RULE 25(a)(1) AND, MOTION TO AMEND THE CAPTION UNDER F.R.C.P. 10(a)**

NOW COME Plaintiffs, CHRISTOPHER MARK, and ELFRIEDE KORBER, individually and on behalf of all others similarly situated, by and through their undersigned counsel, and respectfully move to Add – Chester Gray - as Representative Plaintiff. In support thereof Plaintiffs aver as follows:

1. The Plaintiffs respectfully move the court for leave to add Chester Gray as Representative Plaintiff in this case pursuant to - Fed. R. Civ. Proc., Rule 21 - which states that: "*Misjoinder of parties is not grounds for dismissing an action. On motion, or on its own, the court may at any time, on just terms, add or drop a party. The court may also sever any claim against a party.*"

2. As Parties may be dropped or added by order of court, on motion of any party, or of its own initiative, at any stage of the action, and on such terms as are just, the Plaintiffs respectfully seek to Add as Individual Plaintiff and Representative Plaintiff, Chester Gray.

3. Normally, leave to amend at this pre-certification stage, and prior to rulings on dispositive motions, or any discovery in the proceedings, "*shall be freely given*" in the

absence of countervailing factors, such as undue delay, bad faith or dilatory motive, undue prejudice to the opposing party, or futility of amendment. *Foman v. Davis*, 371 U.S. 178 (1962).

4. Mr. Chester Gray, American citizen, resident in California and/or presently in Richmond, Virginia, owns and/or possesses a significant number of Young Bonds – German International 5.5% Loan 1930 - which have been previously submitted to, and registered by the German government. Also, Mr. Chester Gray, sister Jeanette Francis, resident in Chicago, Illinois, has filed a similar motion to be added herein, and she owns and/or possesses the Young bonds.

5. The list of Mr. Chester Gray's bonds are also in the possession of Germany, because the bonds were previously submitted to Germany, and a German seal was put on the page/s - which lists the serial numbers of the bonds. The bearer bonds have not been paid, but certainly should be paid under the terms of the debts and the explicit and unconditional obligations under the bearer bonds, and pursuant to international law and United States law, and Germany's affirmation of liability. There is no legitimate excuse, reason or pretext, by the Federal Republic of Germany, or by the trustees and paying agents, such as JP Morgan Chase, and the Bank for International Settlements, for delay or non-payment of the bonds.

6. Although the Federal Rules of Civil Procedure, Rule 21 (and not Fed. R. Civ. Proc., Rule 15) normally governs the addition (and/or subtraction) of new parties to an action, the same standard of liberality applies under either Rule. *FTD Corp. v. Banker's Trust Co.*, 954 F. Supp. 106, 109 (S.D.N.Y. 1997).

7. Plaintiffs' respectfully request their motion herein be "freely given" insofar as (1) no countervailing factors exist, and (2) Chester Gray is willing to come into the action, and he will be an appropriate and conscientious Representative Plaintiff in this matter, and he can adequately and fairly serve in that capacity and protect the interests of the class.

8. Mr. Chester Gray has the same interests and injury as the class members and bondholders and plaintiffs herein, and would also proceed in dual capacity "on his own behalf" and "on behalf of all others similarly situated", in the event the Plaintiffs' motion for class certification proceeds.

9. Plaintiffs also reserve the right to seek leave to substitute any Representative Plaintiffs to the extent that health, or other unforeseen issues, may require such substitution. For example, Representative Plaintiff, Elfriede Korber, is elderly (81 years old) and infirm and in the event issues arise relative to her health that affect her ability to serve in that capacity, she can be substituted.

10. Plaintiffs' counsel owe a fiduciary duty to the absent class members and have a responsibility in this pre-certification class action to seek appropriate Representative Plaintiffs in the case. By all accounts, proposed Representative Plaintiff, Chester Gray, would fairly and adequately represent the class. The class action may proceed with any one of the proposed Representative Plaintiffs.

11. The absence of class certification in this case would lead to multiple lawsuits on the same subject matter, claims and issues, and presumably, such an inefficient and wasteful result would not be in the interests of either the litigants or the Court.

12. Plaintiffs reserve the right to add further Defendants, if necessary, for violations of Plaintiffs' constitutional rights and violations of Plaintiffs legal and equitable rights, and for the default, and breach of contractual and fiduciary obligations, etc., as potential or additional or Secondary Obligors, with Germany, for payment on the bonds.

13. For example, Pursuant to the Foreign Relations, 1930, Volume III; *Loans By American Banks to the German Government* - the Secretary of State in response to J.P. Morgan's May 23, 1930, letter, on page 106, stated for the United States: "*The Department does not desire to interpose objection to the proposed financing*" (i.e. relative to the German

International "Young" Loan) – and did not object to the participation with J.P. Morgan, whose letter stated among other things, on page 105: "*This loan is to be international*" and pursuant to "*Hague Agreements*". The loan is clearly an international loan and under international law there is no statute of limitations relative to the bearer bonds and sovereign debt must be paid.

### Motion to Dismiss Plaintiff Richard Bleier

14. Fed. R. Civ. P. 25(a)(1) requires the dismissal of Plaintiff Richard Bleier (May he Rest in Peace), after 90 days of the filing of the Notice of Death, which was filed on May 16, 2011 (Doc.#285).

Pursuant to Rule 25(a)(2), of the Fed. R. of Civ. P., the action does not abate relative to the remaining parties, and the remaining Plaintiffs will continue the instant litigation.

### Motion to Amend the Caption

15. Fed. R. Civ. P. 10(a) requires the caption of the complaint include the names of all of the parties to the action. A caption may be amended with the permission of the court. *Hernandez-Avila v. Averill*, 725 F. 2d 25, 28 (2nd Cir. 1984).

16. Accordingly, if Chester Gray is permitted to be added as Representative Plaintiff herein at this time, the caption should be amended to remove the name of Representative Plaintiff "RICHARD BLEIER", and identify "CHESTER GRAY" – either above or below the other representative Plaintiffs, ELFRIEDE KORBER, and CHRISTOPHER MARK- and then "Individually and On Behalf of all Others Similarly Situated", and line below, "Plaintiffs".

### CONCLUSION – PRAYER FOR RELIEF

Plaintiffs respectfully move to (a) add Chester Gray in the action as an individual Plaintiff, and Representative Plaintiff for the proposed Class (b) to add Ms. Jeanette Francis and Ms. Angelina De Lillo (two previously filed motions) (c) to dismiss Richard Bleier, and (d) amend the caption accordingly.

Dated: August 26, 2012 **Plaintiffs**:

ELFRIEDE KORBER
CHRISTOPHER MARK
Respectfully submitted, Individually and on behalf
By: */s/Hassan A. Abbas* of Proposed Class Members

Hassan A. Abbas, Plaintiffs' Counsel
 (Illinois A.R.D.C. - Reg. No. 6206474)
Attorney and Counselor at Law
Hoveniersstraat 2, Ste. 232/B.344
Antwerpen 2018 Belgium
Tel +323 233 3910 - Fax +323 233 9767
Email: haa-law@hotmail.com

**CERTIFICATE OF FILING AND SERVICE**

I, Hassan A. Abbas, do hereby certify that a true and correct copy of the foregoing **PLAINTIFFS MOTION FOR LEAVE TO ADD CHESTER GRAY AS REPRESENTATIVE PLAINTIFF, TO DISMISS RICHARD BLEIER, TO AMEND THE CAPTION,** was electronically filed this August 26, 2012, and furthermore was served via the Court's ECF/CM electronically to the defendants' counsel of record.

Respectfully submitted,
/s/ *Hassan A. Abbas*
Plaintiffs Counsel