**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| RICHARD BLEIER; ELFRIEDE KORBER CHRISTOPHER MARK; Individually and on behalf of All Others Similarly Situated )<br><br>Plaintiffs, )<br><br>vs- )<br><br>BUNDESREPUBLIK DEUTSCHLAND a/k/a "FEDERAL REPUBLIC OF GERMANY", et al. )<br><br>Defendants. ) | Civil No. 08 CV 6254<br><br>**THE HONORABLE EDMOND E. CHANG**<br>U.S. District Court Judge<br><br>CLASS ACTION<br><br>Hon. Susan E. Cox<br>Magistrate Judge |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on **, August 30, 2012, at 9:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Edmond E. Chang**, or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1403 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the **Plaintiffs' Motion To Add Representative Plaintiff Chester Gray pursuant to Fed. Rules of Civil Proc. 21, (b) Dismiss Richard Bleier pursuant to FRCP 25(a)(1) (c) Amend the Caption pursuant to FRCP 10(a) -** of which are hereby served upon you.

Dated: August 27, 201227

Respectfully submitted,

By: */s/Hassan A. Abbas*
Plaintiffs' Counsel

Hassan A. Abbas, J.D.
 (Illinois ARDC No. 6206474)
Attorney and Counselor at law
Hoveniersstraat 2, Ste. 232
Antwerp, 2018 Belgium
Tel +323 233 3910
Fax +323 233 9767
Email: haa-law@hotmail.com

ELFRIEDE KORBER
CHRISTOPHER MARK
Individually and on behalf
Of all others similarly situated
**PLAINTIFFS**