IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Richard Bleier, Elfriede Korber, and Christopher Mark ) | No. 08 CV6254 |
| ) | |
| Plaintiffs, ) | |
| ) | **NOTICE OF WITHDRAWAL OF** |
| v. ) | **COUNSEL FOR** |
| ) | **DEFENDANT JPMORGAN** |
| Bundesrepublik Deutschland a/k/a, ) | **CHASE BANK, N.A.** |
| Federal Republic of Germany, *et al.* ) | |
| ) | |
| Defendants. ) | |

Defendant JPMorgan Chase Bank, N.A. ("JPMorgan") hereby gives notice that it will no longer be represented in this matter by Ashley A. Weaver of Ulmer & Berne LLP. JPMorgan will continue to be represented by Kenneth F. Berg, Peter R. Sonderby, and Julia R. Lissner of Ulmer & Berne LLP, 500 W. Madison St., Suite 3600, Chicago, IL 60661-4587, (312) 658 - 6500.

Respectfully submitted,
ULMER & BERNE LLP

s/ Ashley A. Weaver

Kenneth F. Berg
Peter R. Sonderby
Julia R. Lissner
500 W. Madison St., Suite 3600
Chicago, IL 60661-4587
Tel. 312-658-6500
Fax 312-658-6501

Ashley A. Weaver
1660 West Second Street, Suite 1100
Cleveland, Ohio 44113
Tel. 216-583-7000
Fax 216-583-7001

*Attorneys for JPMorgan Chase Bank, N.A.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Withdrawal of Counsel was served on counsel for all parties by virtue of the Court's CM/ECF system on September 5, 2012.

/s Ashley A. Weaver

*Counsel to JPMorgan Chase Bank, N.A.*