IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Elfriede Korber *et al.*, | ) |
| | ) No. 08 CV6254 |
| | ) |
| Plaintiffs, | ) |
| | ) **CORRECTED NOTICE OF** |
| | ) **WITHDRAWAL OF COUNSEL** |
| v. | ) **FOR DEFENDANT** |
| | ) **JPMORGAN CHASE BANK, N.A.** |
| Bundesrepublik Deutschland a/k/a, | ) |
| Federal Republic of Germany, *et al.* | ) |
| | ) |
| Defendants. | ) |

Defendant JPMorgan Chase Bank, N.A. ("JPMorgan") hereby gives notice that it will no longer be represented in this matter by Ashley A. Weaver of Ulmer & Berne LLP. JPMorgan will continue to be represented by Kenneth F. Berg and Julia R. Lissner of Ulmer & Berne LLP, 500 W. Madison St., Suite 3600, Chicago, IL 60661-4587, (312) 658 - 6500.

        Respectfully submitted,
        ULMER & BERNE LLP

        s/ Julia R. Lissner

        Kenneth F. Berg
        Julia R. Lissner
        500 W. Madison St., Suite 3600
        Chicago, IL 60661-4587
        Tel. 312-658-6500
        Fax 312-658-6501

        *Attorneys for JPMorgan Chase Bank, N.A.*

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing Corrected Notice of Withdrawal of Counsel was served on counsel for all parties by virtue of the Court's CM/ECF system on September 5, 2012.

/s Julia R. Lissner

*Counsel to JPMorgan Chase Bank, N.A.*