**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RICHARD BLEIER, ELFRIED KORBER, AND CHRISTOPHER MARK, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | |
| | ) | CIVIL ACTION NO. 08-CV-6254 |
| Plaintiffs, | ) ) | |
| | ) | Hon. Edmond E. Chang |
| v. | ) | U.S. District Judge |
| | ) | |
| BUNDESREPUBLIK DEUTSCHLAND a/k/a "Federal Republic of Germany," *et al.*, | ) ) ) | |
| | ) | |
| Defendants. | | |

**<u>MOTION FOR LEAVE TO WITHDRAW THE APPEARANCE OF ATTORNEY
SOFIA E. BILLER</u>**

Defendant The Bank for International Settlements ("Defendant") hereby seeks leave to withdraw the Appearance of attorney Sofia E. Biller in this matter. In support of this motion, Defendant states as follows:

1. On August 31, 2010, Sofia E. Biller filed her Appearance on Defendant's behalf. One additional attorney with the law firm of Jenner & Block LLP, Barry Levenstam, and three additional attorneys with the law firm of Cleary Gottlieb Steen & Hamilton LLP, Matthew M. Bunda, Jonathan I. Blackman, and Christopher P. Moore, have filed Appearances in this matter on Defendant's behalf.

2. Effective September 21, 2012, Sofia E. Biller will no longer be practicing with the law firm of Jenner & Block LLP. Consequently, she will be unable to continue representing Defendant in this matter.

3.     Defendant will continue to be represented by Barry Levenstam of Jenner & Block LLP and Matthew M. Bunda, Jonathan I. Blackman, and Christopher P. Moore of Cleary Gottlieb Steen & Hamilton LLP.

WHEREFORE, Defendant respectfully requests this Court to grant its Motion for Leave to Withdraw the Appearance of Attorney Sofia E. Biller.

Dated: September 20, 2012                    Respectfully submitted,

                                            THE BANK FOR INTERNATIONAL
                                            SETTLEMENTS,


                                            By:  */s/ Sofia E. Biller*_____
                                                 Sofia E. Biller,
                                                 *One of the Attorneys for Defendant*
                                                 *The Bank for International Settlements*



Barry Levenstam
Sofia E. Biller
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654-3456
Tel:  (312) 222-9350
Fax:  (312) 527-0485

## <u>CERTIFICATE OF FILING AND SERVICE</u>

I, Barry Levenstam, do hereby certify that on September 20, 2012, a true and correct copy of the foregoing **Notice of Motion** and **Motion For Leave To Withdraw The Appearance Of Attorney Sofia E. Biller** was filed electronically with the Clerk of the Court for the United States District Court of the Northern District of Illinois by using the Court's CM/ECF system which will send a notice of electronic filing to all counsel of record.

   s/  Sofia E. Biller          
*One of the Attorneys for Defendant  The Bank for International Settlements*