# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| RICHARD BLEIER, ELFRIED KORBER, AND CHRISTOPHER MARK, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> BUNDESREPUBLIK DEUTSCHLAND a/k/a "Federal Republic of Germany," *et al.*, <br><br> Defendants. | CIVIL ACTION NO. 08-CV-6254 <br><br> Hon. Edmond E. Chang <br> U.S. District Judge |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on the **25th** day of **September 2012, at 8:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Edmond E. Chang, or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1403 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the **Motion For Leave To Withdraw The Appearance of Attorney Sofia E. Biller**, a copy of which is hereby served upon you.

Dated: September 20, 2012

Respectfully submitted,

/s/ Sofia E. Biller_____

Barry Levenstam
Sofia E. Biller
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654-3456
Tel: (312) 222-9350
Fax: (312) 527-0485

*One of the Attorneys for Defendant The Bank for International Settlements*