**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Elfriede Korber, et al.
                                        Plaintiff,

v.                                      Case No.: 1:08−cv−06254
                                        Honorable Edmond E. Chang

Bundesrepublik Deutscheland, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 25, 2012:

    MINUTE entry before Honorable Edmond E. Chang: Due to the pendency of the motions, the status and motion hearings of 09/26/12 are reset to 11/08/12 at 8:30 a.m. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.