# UNITED STATES DISTRICT COURT
## for the
## Northern District of Illinois

| | |
|---|---|
| Richard Bleier, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 08 C 6254 |
| Bundesrepublik Deutscheland, et al. ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

[x] other:
Judgment is entered against Plaintiffs and for Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

[X] decided by Judge   Edmond E. Chang   on motions to   dismiss.
.

Date:   Oct. 1, 2012            Thomas G. Bruton, Clerk of Court

                                /S/ Sandra Brooks