**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| RICHARD BLEIER; ELFRIEDE KORBER CHRISTOPHER MARK; Individually and on behalf of All Others Similarly Situated | )  Civil No. 08 CV 6254 )  ) |
| | )  ) **THE HONORABLE** |
| Plaintiffs, | )  **EDMOND E. CHANG** )  U.S. District Court Judge |
| vs- | )  )  CLASS ACTION |
| | ) |
| BUNDESREPUBLIK DEUTSCHLAND a/k/a "FEDERAL REPUBLIC OF GERMANY", et al. | )  )  Hon. Susan E. Cox )  Magistrate Judge |
| Defendants. | ) |

**NOTICE OF APPEAL**
**OF PLAINTIFFS' ELFRIEDE KORBER AND CHRISTOPHER MARK**

Plaintiffs- Appellants, ELFRIEDE KORBER and CHRISTOPHER MARK, hereby

give Notice that they Appeal to the Seventh (7th ) Circuit Court of Appeals, the following

Orders of this Court:

1.  Order dated September 30, 2012, [Doc. 386] granting Defendants joint motion [Doc. 103]

    to dismiss the Second Amended Complaint [Doc. 82] with prejudice.

2.  Order dated September 30, 2012, [Doc. 386] denying as Moot all of the Plaintiffs'

    pending motions, including but not limited to, the following Plaintiffs' motions:

    (a) Plaintiffs' Motion for Declaratory Judgment, that German Validation Law is

    Unconstitutional and Beyond the Treaty Power [Doc. No. 267].

    (b) Plaintiffs' Motion for Declaratory Judgment, that Validation Boards Do Not Exist and

    Validation violates international law and/or is Non-binding, etc. [Doc. No.244].

    (c) Plaintiffs' Motion to Deem Service Effectuated Upon the Bundesrepublik Deutschland

    via US Embassy in Berlin, and diplomatic channels, and dipmomatic note 001, signed

    by US Consul, James D. Fellows, under 28 USC §1608(a) (4) and Motion to Deem

    Service upon German National Bank under 28 USC §1608(b)(2)[Doc. No. 337, 338].

(d) Plaintiffs' Motion to Deem Service Effectuated Upon German National Bank pursuant to 28 USC §1608(b)(2)[Doc. Nos. 317, 325].

(e) Plaintiffs' Motion to Compel Direct Negotiations Pursuant to Article 20 of the London Debt Accord [ Doc. No. 257].

(f) Plaintiffs' Motion to Enforce Settlement and Germany's Payment Obligations Under the London Debt Accord Treaty [Doc. 271].

3. Order of November 2, 2011 [Doc. No. 323] denying Plaintiffs' motion to deem service effectuated upon Deutsche Bundesbank a/k/a German National Bank [Doc. No. 317].

4. Order of September 30, 2011 [Doc. No. 315], and minute entry granting the Defendants' Federal Republic of Germany, German Finance Ministry and/or German National Bank motion to dismiss [ Doc. No. 254] as to insufficient service of process, and denying Plaintiffs' motion to use alternate service [Doc. No. 232] and denying Plaintiffs' motion to certify a class [Doc. No. 69] and denying Plaintiffs' motion for default judgment against German National Bank [Doc. No. 217] and denying Plaintiffs' motion for sanctions [Doc. No. 225], and denying Plaintiffs' motion to declare that the validation law or mandate violates international law and is not binding on Plaintiffs [Doc. No. 244] , and denying the Plaintiffs' motion to compel direct negotiations under the London Agreement Article 20 [Doc. No. 257], and denying the Plaintiffs' motion to declare the Validation Law and treaty mandate as Unconstitutional and beyond the treaty power [Doc. No. 267] - without any hearing, but referring to the order of August 24, 2011.

5. Order of August 24, 2011 [Doc. No. 313], and minute entry, denying Plaintiffs' motion for preliminary injunction [Doc. No. 306], and denying Plaintiffs' motion to compel delivery of certificates and other items [Doc. No. 308].

6. Order of August 29, 2012, [Doc. No. 379] denying the Plaintiffs' Motion to Add Mr. Chester Gray as Plaintiff [Doc. No. 376].

7. Order of September 30, 2012 [Doc. 386] denying all Plaintiffs' motions as moot, and denying the Plaintiffs' Motion to Add Ms. Angelina De Lillo as Plaintiff [Doc. No. 333, 334], and denying the Motion to Add Ms. Jeanette Francis as Plaintiff [Doc. 335, 336].

8. Order of July 5, 2011 [Doc. No. 302], denying Plaintiffs' motion for mediation, or settlement conference or alternative dispute resolution procedures.

9. Order of September 30, 2012, denying Plaintiffs' Motion to certify a class as to the Dawes and Young bonds pursuant to Fed. Rules Civ. Proc. 23, and Class Action Fairness Act 2005, and denying Plaintiffs' Motion to Compel Germany to Enter Direct Negotiation under Article 20 of the Agreement on German External Debt a/k/a London Debt Accord [Doc. No. 350].

Dated: October 1, 2012

By: */s/Hassan A. Abbas*

Plaintiffs' Counsel

Hassan A. Abbas, J.D.
 (Illinois ARDC No. 6206474)
Attorney and Counselor at law
Hoveniersstraat 2, Ste. 232
Antwerp, 2018 Belgium
Tel +323 233 3910
Fax +323 233 9767
Email: haa-law@hotmail.com

Respectfully Submitted,

CHRISTOPHER MARK
ELFRIEDE KORBER
Individually and on behalf
Of all others similarly situated
**PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2012, I served the foregoing document: PLAINTIFFS' ELFRIEDE KORBER, CHRISTOPHER MARK – NOTICE OF APPEAL - upon the Defendants' counsel of record via the Electronic Case Filing system of the court, the United States District Court, Northern District of Illinois, Eastern Division.


/s/*Hassan A. Abbas*

Plaintiffs' Counsel
Hassan A. Abbas
Attorney and Counselor at Law
Illinois A.R.D.C. No. 6206474
Hoveniersstraat 2, Suite 232-Box 344
Antwerp, 2018 Belgium
Tel. +323 233 3910
Fax +323 233 9767
Email: haa-law@hotmail.com