_____

# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

_____

| | |
|---|---|
| RICHARD BLEIER; ELFRIEDE KORBER CHRISTOPHER MARK; Individually and on behalf of All Others Similarly Situated | ) Appeal No. ) ) ) On Appeal from United States ) District Court, Northern District |
| Plaintiffs-Appellants, | ) of Illinois, Eastern Division ) |
| vs- | ) Cause Below No. 08 CV 6254 ) U.S. District Court Judge: The ) Honorable Edmond E. Chang ) ) <u>CLASS ACTION</u> |
| BUNDESREPUBLIK DEUTSCHLAND a/k/a "FEDERAL REPUBLIC OF GERMANY", et al. | ) ) Hon. Susan E. Cox ) Magistrate Judge |
| Defendants-Appellees | ) |

### <u>CIRCUIT RULE 26.1 - DISCLOSURE STATEMENT</u>

Appellate Court No: _____

Short Caption:

*Bleier, Korber, Mark, et al. v. Bundesrepublik Deutschland a/k/a Federal Republic of Germany, et al.*

To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party or amicus curiae, or a private attorney representing a governmental party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1. The Court prefers that the disclosure statement be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

(1) The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P. 26.1 by completing item #3):

Elfriede Korber, Christopher Mark

(2) The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court: N/A

<u>Plaintiffs-Appellants</u>: Elfriede Korber and Christopher Mark are represented by Hassan Ali Abbas, Attorney at Law, Hoveniersstraat 2, Suite 232-Box 344, Antwerp 2018 Belgium, Tel. (323) 233-3910, Fax: (323) 233 9767, Email: *haa-law@hotmail.com* (lead attorney) and by Santo P. Terenzio, Attorney at Law, 19 Don Carlos Drive, Hanover Park, IL 60133, Tel. (630) 233-0621, Email: *sptlaw@sbcglobal.net*

(3) If the party or amicus is a corporation:

(i) Identify all its parent corporations, if any; and
   N/A

(ii) List any publicly held company that owns 10% or more of the party's or amicus stock.
   N/A

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d): Yes

Yes <u>X</u>

| | |
|---|---|
| Dated: October 4, 2012 | Respectfully Submitted, |
| By: */s/Hassan A. Abbas* | CHRISTOPHER MARK<br>ELFRIEDE KORBER |
| Plaintiffs' Counsel | Individually and on behalf<br>Of all others similarly situated |
| Hassan A. Abbas, J.D.<br> (Illinois ARDC No. 6206474)<br>Attorney and Counselor at law<br>Hoveniersstraat 2, Ste. 232<br>Antwerp, 2018 Belgium<br>Tel +323 233 3910<br>Fax +323 233 9767<br>Email: haa-law@hotmail.com | **PLAINTIFFS** |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2012, I served the foregoing document: PLAINTIFFS' ELFRIEDE KORBER, CHRISTOPHER MARK – CIRCUIT RULE 26.1 DISCLOSURE STATEMENT - upon the Defendants' counsel of record, via the Electronic Case Filing system of the Court.

/s/*Hassan A. Abbas*

Plaintiffs' Counsel
Hassan A. Abbas
Attorney and Counselor at Law
Illinois A.R.D.C. No. 6206474
Hoveniersstraat 2, Suite 232-Box 344
Antwerp, 2018 Belgium
Tel. +323 233 3910
Fax +323 233 9767
Email: haa-law@hotmail.com