_____

# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

_____

| | |
|---|---|
| RICHARD BLEIER; ELFRIEDE KORBER CHRISTOPHER MARK; Individually and on behalf of All Others Similarly Situated | ) Appeal No. <br> ) <br> ) On Appeal from United States <br> ) District Court, Northern District |
| Plaintiffs-Appellants, | ) of Illinois, Eastern Division <br> ) |
| vs- | ) Cause Below No. 08 CV 6254 <br> ) U.S. District Court Judge: The <br> ) Honorable Edmond E. Chang <br> ) <br> ) <u>CLASS ACTION</u> |
| BUNDESREPUBLIK DEUTSCHLAND a/k/a "FEDERAL REPUBLIC OF GERMANY", et al. | ) <br> ) Hon. Susan E. Cox <br> ) Magistrate Judge |
| Defendants-Appellees | ) |

## CIVIL DOCKETING STATEMENT

Lead counsel for each plaintiff:                Lead counsel for each defendant:

(Please see Attached Docket Sheet to identify additional parties & counsel)

**Plaintiffs-Appellants**: Plaintiffs, Elfriede Korber and Christopher Mark are represented by lead counsel Hassan Ali Abbas, Attorney at Law, ARDC Reg. No. 6206474, Hoveniersstraat 2, Suite 232-Box 344, Antwerp 2018 Belgium, (323) 233-3910, Fax: (323) 233 9767, Email: haa-law@hotmail.com, and by designated local counsel, Santo P. Terenzio, Attorney at Law, 19 Don Carlos Drive, Hanover Park, IL 60133, Tel. (630) 233-0621, Email: sptlaw@sbcglobal.net.

**Defendants-Appellees**: Bundesrepublik Deutscheland, also known as, Federal Republic of Germany, Bundeministerium Der Finanzen (German Minsitry of Finance) and the Deutsch Bundesbank (German National Bank), and Commerzbank AG, et al., Eurohypo AG, and Dresdner Bank AG, are represented by Jeffrey Harris, Esq., and Maximilien D Riederer Von Paar, Rubin, Winston, Diercks, Harris & Cooke LLP, 1201 Connecticut Ave., NW, Suite 200, Washington, DC 20036, Tel. (202) 861-0870 Fax: 815-550-2334, Email: jharris@rwdhc.com (lead attorney) and Email: mriederer@rwdhc.com, and by Alexander D. Kerr , Jr., Attorney at Law, and Bruce L. Ward, Attorney at Law, of Tishler & Wald, Ltd. 200 South Wacker Drive, Suite 3000, Chicago, Il 60606, (312)876-3800 Fax: (312)876-3816, Email: akerr@tishlerandwald.com, and Email: bwald@tishlerandwald.com.

1

**Defendant-Appellee**: Deutsche Bank AG and Deutsch Bank/Bankers Trust and Credit Suisse Group, AG, represented by Eimer Stahl LLP, 224 South Michigan Avenue Suite 1100, Chicago, IL 60604-2516, Tel. 312-660-7600, Email: neimer@eimerstahl.com, and Milbank, Tweed, Hadley & Mccloy, Llp, 1 Chase Manhattan Plaza, New York, NY 10005, (212) 530-5000, Sander Bak, Attorney at Law, email: sbak@milbank.com, Felix Weinacht, fweinacht@ilbank.com, Atara Miller, Attorney, Email: amiller@milbank.com, William S. Booth, Attorney Email: bbooth@eimerstahl.com, and Alexis Garmey Chardon, email: achardon@eimerstahl.com

**Defendants-Appellees**: Citibank N.A., UBS AG, Bank of New York Mellon, Skandinaviska Enskilda Banken, AB, represented by Christian T. Kemnitz, Katten Muchin Rosenman LLP 525 West Monroe Street, Chicago, IL 6066, (312) 902-5200, email, christian.kemnitz@kattenlaw.com, and Brian Poronsky, brian.poronsky@kattenlaw.com

**Defendant-Appelee**: J.P. Morgan Chase represented by Kenneth Frederick Berg, Attorney, Ulmer & Berne LLP, 500 W. Madison St., Suite 3600 Chicago, IL 60661-4587, Tel. 312 658 6500 Fax: 312-324-8001, Email: kberg@ulmer.com, and Peter Robert Sonderby, Attorney, Email: psonderby@ulmer.com, and Ashley A. Weaver, Ulmer & Berne Llp, 1660 W. 2nd St. Suite 1100, Cleveland, OH 44113, (216) 583-7348, Email: aweaver@ulmer.com, J ulia Renee Lissner, Attorney, Email: jlissner@ulmer.com, and Sherry Lynn Hesselbein, Attorney, Ulmer & Berne LLP, 88 E. Broad Street, Suite 1600, Columbus, OH 43215, (614) 229-0038, Email: shesselbein@ulmer.com

**Defendant Appelee**: Schroders PLC represented by Asheesh Goel, Ropes & Gray LLP 111 South Wacker Drive, 46th Floor, Chicago, IL 60606, (312) 845-1200, Email: Asheesh.Goel@ropesgray.com, Brent Elliott Jones, Email: bejones@kirkland.com Geoffrey M. Atkins, Ropes & Gray, Llp, Prudential Tower, 800 Boylston Street Boston, MA 02199, (617) 951-7000, geoffrey.atkins@ropesgray.com, Jeffrey Paul Palmer, Email: jeff.palmer@ropesgray.com, Randall Wayne Bodner, Ropes & Gray, 1 International Place, Boston, MA 02110, (617) 951-7000, Email:Randall.Bodner@ropesgray.com
**Defendant-Appellee**: Bank for International Settlements also known as BIS, represented by Barry Levenstam, Jenner & Block LLP, 353 North Clark Street, Chicago, IL 60654 (312)222-9350 Email: blevenstam@jenner.com, Christopher P. Moore, Cleary Gottlieb Steen & Hamilton Llp, One Liberty Plaza, New York, NY 10006, (212) 225-2000, Email: cmoore@cgsh.com, Jonathan I. Blackman, Cleary, Gottlieb, Steen & Hamilton, One Liberty Plaza, New York, NY 10006, (212) 225-2000, Matthew M. Bunda, mbunda@cgsh.com Sofia E. Biller, Email: sbiller@jenner.com

**Defendant-Appellee**: Mizuho Corporate Bank represented by Colin Murphy Seals, Grippo & Elden, LLC, 111 South Wacker Drive,Chicago, IL 60606, (312) 704-7716, Email: docket@grippoelden.com, Jessica S. Nolan, Email: jnolan@grippoelden.com,Todd Clark Jacobs, and William A. Maher, Wollmuth Maher & Deutsch LLP, 500 Fifth Avenue, New York, NY 10110, (212) 382-3300, Email: wmaher@wmd-law.com

**Date Notice of Appeal Filed**: October 1, 2012
**File Date of Order/s being Appealed**: September 30, 2012 (Doc. #386); August 24, 2011 Doc. #313); July 5, 2011 (Doc.#302); August 29, 2012 (Doc. #379) ; September 30, 2011 (Doc.315).

Date docket record shows notice of final order mailed by clerk:
September 30, 2012

Is a transcript of proceedings to be filed? [ ] Yes [X] No
Does appeal involve:  [ X ] Motion to Dismiss

Is Oral Argument requested?  [ X ] Yes  - **Oral Argument is Requeste**d

**Final appealable order**:

Has the trial court disposed of all claims by and against all parties?
[ X ] Yes.  Please see attached - Doc. No. 386.

**NATURE OF CASE**

[ X ] Original action  [ X ] Contract
[ X ] Other, specify: Diversity, Class Action, Fraud, Rico violations, Federal Question, Treaty violations, Constitutional and International law violations, 5th Amendment, Right to Jury, Due Process, Sovereign debt, Failure to Pay Bonds, Unjust Enrichment, and Breach of Fiduciary Duties, Breach of good faith duties, Breach of Trust, Promissory Estoppel, Misrepresentation, Negligence, Uniform Commercial Code, Negotiable Instruments, Declaratory Relief, etc.

Was a stay of execution sought in the trial court?[ ] Yes [ X ] No
Is a stay request being filed with this court?  [   ] Yes. [ X ] No.
Have the parties to this appeal been parties to a previous appeal filed in this court?
 [   ] Yes [ X  ] No.

Do you know of another case(s) pending before this court or recently decided by this court which raises the same issue?   [   ] Yes.  [ X ] No.   If yes, please cite the case(s).

**Summary Probable issues for review**:

1. Application of International law relative to Germany's default and failure to pay bearer bonds, and failure of Germany, the trustees and paying agents to honor the terms of the bonds.

2. The Un-Constitutionality of various Treaties and or "mandates" with Germany relative to bonds, whereby such treaties or mandates impair contractual obligations, make Germany a Judge in her own cause, unjustifiably and unjustly take the Plaintiffs' monies and give to the German, foreign government, and impose arbitrary and irrational conditions, and deprive the Plaintiffs of due process and deprive right to jury, and deprive the Plaintiffs' of their property and monies without compensation in violation of the 5th Amendment, etc.

3. Treaty interpretation, and application of Agreement on German External Debt aka London Debt Accord 1953 (4 UST 443), and other treaties such as Certain Matters Treaty, 4 UST 885, and Second Implementing Ordinance, and Agreement between United States and Germany regarding validation with Validation Boards that do not exist, and incompetent and/or sham examining agencies in Germany, who are unwilling to validate bonds for payment, and/or use bogus criteria in their determinations. Declaratory judgment that validation boards do not exist and examining agencies are not equivalent to validation boards, and/or engage in fraud.

3. Whether a foreign law, German "Validation Law", applies extraterritorially, i.e. outside the borders of Germany, and in the United States, as to bearer bonds sold and payable in the United States.

4. Service of Process upon Deutsche Bundesbank aka German National Bank pursuant to 28 USC §1608 (b)2, Default Judgment motion against German National Bank.

5. Service of process upon Bundesrepublik Deutschland aka Federal Republic Germany pursuant to 28 USC §1608(4). Service by Diplomatic note 001, signed by US Consul, James Fellows, United States Embassy in Berlin – proof of service filed in court.

6. Federal Rules of Civil Procedure, Rule 8 and Rule 9, Standards applicable for motion to dismiss on 12(b)6 motion.

7. Class action certification relative to the Plaintiffs and bondholders and the bonds, relative to Germany's admission or assumption of liability and acknowledgement that Federal Republic of Germany is legally identical to the German Reich.

Does the appeal turn on an interpretation or application of a particular case(s) or statute(s)?
 [ X ] Yes. [  ] No.  If  yes, please cite the case(s) and/or statute(s).

For example, United States Supreme Court cases: *Calder v. Bull*, *The Paquette Habana*, *Reid v. Covert*, *Bond v. United States*, *Sinking Fund Cases*, etc. and many other cases, Rico Statute, Alien Tort Claims Act, Securities fraud statute, etc., and Treaties, such as the London Debt Accord (4 UST 443) among others, and International law cases such as by the German Constitutional court that sovereign debt must be paid and respected, and under international law there is no justification for non-payment, and there is no statute of limitations relative to sovereign debts, and the international loans, and the obligations of the German government, and/or trustees and paying agents such as the Bank for International Settlements, and/or JP Morgan etc.,  relative to payment of the Plaintiffs' bearer bonds payable in the United States.

## CERTIFICATION
I certify that the information provided on this docketing statement is accurate.

Dated: October 4, 2012                                        Respectfully Submitted,

By: */s/Hassan A. Abbas*                                     CHRISTOPHER MARK
                                                             ELFRIEDE KORBER
Plaintiffs' Counsel                                          Individually and on behalf
                                                             Of all others similarly situated
Hassan A. Abbas, J.D.                                        **PLAINTIFFS**
 (Illinois ARDC No. 6206474)
Attorney and Counselor at law
Hoveniersstraat 2, Ste. 232
Antwerp, 2018 Belgium
Tel +323 233 3910
Fax +323 233 9767
Email: haa-law@hotmail.com