AO 450 (Rev. 01/09)  Judgment in a Civil Action

## UNITED STATES DISTRICT COURT
### for the

## Northern District of Illinois

| | | |
|---|---|---|
| Richard Bleier, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    08 C 6254 |
| Bundesrepublik Deutscheland,  et al. | ) | |
| *Defendant* | ) | |

### JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the

defendant *(name)* _____ the amount of

_____ dollars ($ _____ ), which includes prejudgment

interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

_____ recover costs from the plaintiff *(name)* _____

☒ other:
   Judgment is entered against Plaintiffs and for Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge        Edmond E. Chang        on motions to        dismiss.
.

Date: _____ Oct. 1, 2012 _____                    Thomas G. Bruton, Clerk of Court

                                                        /S/ Sandra Brooks