# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

October 11, 2012

*By the Court:*

| No.: 12-3269 | ELFRIEDE KORBER and CHRISTOPHER MARK, Plaintiffs - Appellants<br><br>v.<br><br>BUNDESREPUBLIK DEUTSCHELAND, et al., Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:08-cv-06254<br>Northern District of Illinois, Eastern Division<br>District Judge Edmond E. Chang ||

The following is before the court: **PLAINTIFF-APPELLANTS ADDITIONAL DESIGNATION/REQUEST FOR DOCUMENTS FOR RECORD ON APPEAL,** filed on October 10, 2012, by counsel for the appellants.

The clerk of this court shall forward the additional designation/request to the clerk of the district court for filing in the first instance.

form name: **c7_Order_BTC**(form ID: **178**)