_____

## UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

_____

| | | |
|---|---|---|
| ELFRIEDE KORBER and CHRISTOPHER MARK | ) | **Appellate Case No. 12-3269** |
| | ) | |
| Plaintiffs-Appellants, | ) | On Appeal From the United States |
| | ) | District Court, Northern District of |
| vs. | ) | Illinois, Eastern Division, District |
| | ) | Judge, Hon. Edmond E. Chang |
| BUNDESREPUBLIK DEUTSCHLAND a/k/a | ) | Court Reporter Krista Burgeson |
| "FEDERAL REPUBLIC OF GERMANY", et al. | ) | Clerk/Agency Rep Thomas Bruton |
| | ) | District Court No. 1:08-cv-06254 |
| | ) | Date NOA filed in District Court |
| Defendants-Appellees | ) | October 1, 2012 (10/01/2012) |

## PLAINTIFFS-APPELLANTS SUPPLEMENTAL DESCRIPTIVE LIST
## FOR DOCUMENTS REQUESTED/REQUIRED FOR RECORD ON APPEAL

Plaintiffs-Appellants respectfully designate and request that all Motions, all Briefs, all Memoranda, all Exhibits, all Filings, all Orders, and all Documents filed, and all Affidavits of Service, and all Proofs of Service, and all Summons Returned Executed, and all Copies of Bonds submitted to the district court, be included in the appeal. Plaintiffs submit the supplemental Descriptive List as All Documents, Briefs and Memoranda and Exhibits filed in the case, including but not limited to, as follows:

1. Doc.# 42 – First Amended Complaint, filed 02/04/2009, Exhibit Nos. 42-1 and 42-2.

2. Doc.# 82 - Second Amended Complaint, filed 09/17/2009 and Exhibit Nos. 82-1 to 82-7.

3. Doc.#62 – Defendants' Joint Motion/Memo to Dismiss First Amended Complaint, filed 03/27/09, and Exhibits Nos. 62-1 to 62-4.

4. Doc.# 65 – Plaintiffs Opposition/memo to Joint Motion to Dismiss First Amended Coplaint, filed 04/10/2009, and Exhibits Nos. 65-1 to 65-10.

5. Doc.# 66, filed 04/10/2009, and Doc. #68, and Doc.# 69 as to Plaintiffs Motion for Class certification, filed 05/10/2009 and 05/11/2009.

6. Motion by Plaintiffs to Amend/correct Doc.# 77, and Doc.#78, and Exhibits 77-1 to 77-4, filed 05/26/2009.

7. Plaintiffs' Opposition/Memorandum to Defendants Joint Motion to Dismiss the Second Amended Complaint, Doc.#129, filed 01/07/2010, and Exhibit Nos. 129-1 to 129-6.

8. Plaintiffs Opposition Memorandum to Defendants Joint Motion to Dismiss, filed 01/08/2010, Doc.#230, and Exhibit Nos. 131-1 to 131-8.

9. Plaintiffs' Opposition to J.P. Morgan Chase Bank N.A., filed 02/03/2010, Doc.#137.

10. Plaintiffs' Opposition to Bank of New York Mellon, filed 02/08/2010, Doc.#138.

11. Plaintiffs Opposition to Schroders Plc, filed 02/09/2010, Doc.#139, Exhibit Nos. 139-1 to 139-5.

12. Plaintiffs Motion for Discovery, Doc.#141, Doc.#140, Exhibit No. 140-1.

13. Plaintiffs Opposition to Skandinaviska Enskild Banken ("SEB"), filed 02/20/2010, Doc.#151, Exhibit Nos. 151-1 to 151-11.

14. Plaintiffs Motion/Memo for Leave to conduct jurisdictional discovery as to SEB, filed 02/21/2010, Doc.#152, Exhibit 152-1.

15. Plaintiffs Memorandum of Law in Opposition to Mizuho Corporate Bank, filed 02/24/2010, Doc.#154.

16. Plaintiffs Memorandum of Law in Opposition to UBS AG, filed 02/25/2010, Doc.#155.

17. Plaintiffs Memorandum of Law in Opposition to, filed 03/02/2010, to Citibank N.A., Doc.#157, Exhibit Nos. 157-1 and 157-2.

18. Plaintiffs Memorandum of Law in Opposition to Deutsche Bank AG, Deutsch Bank Trust Trust Co. Americas, formerly Bankers Trust Company filed 03/04/2010, Doc.#158.

19. Plaintiffs Memorandum of Law in Opposition to Credit Suisse Group AG, filed 03/05/2010, Doc.#159.

20. Plaintiffs Memorandum of Law in Opposition to Schroders Plc, filed 03/06/2010, Doc.#160.

21. Alias Summons Returned Executed as to Bundesministerium Der Finanzen, filed 06/03/2010, Doc.#183, Exhibit Nos. 183-1 to 183-3.

22. Plaintiffs Motion for Default judgment, Compel appearance, Early settlement conference, as to Bundesministerium Der Finanzen (German Finance Ministry), filed 07/07/2010, Doc.#184, Doc.#185, Doc.#186.

23. Affidavit of Service filed by Plaintiffs relative to Bundesministerium Der Finanzen, filed07/17/2010, Doc.#192.

24. Affidavit of Service filed by Plaintiffs relative to Bank for International Settlements, filed 07/17/2010, Doc.#193.

25. Motion by Plaintiffs for Service by Alternate Method upon Bundesrepublik Der Finanzen and Bundesreprublik Deutschland, filed 07/18/2010, Doc.

26. Notice of Motion by Plaintiff for presentment of motion for miscellaneous relief, filed 07/18/2010, Doc.#195 and Exhibit 195-1.

27. Exhibit Hague Convention on Service Abroad of Judicial and Extrajudicial Documents, Doc.#197, filed 07/19/2010.

28. Exhibit English Translation of Request of 5 May 2010, filed 07/19/2010, Doc.#199.

29. Exhibit Amended Reference, filed 07/20/2010, Doc.#198

30. Plaintiffs' Notice of Supplemental Authority, filed 08/10/2010, Doc.#201.

31. Plaintiffs' Additional Notice of Supplemental Authority, filed 08/13/2010, Doc.#202, Exhibit 202-1, 11th Circuit, World Holdings v. Germany.

32. Plaintiffs Motion for sanctions against Bundesrepublik Deutschland and Bundesminsterium Der Finanzen, filed 08/17/2010, Doc.#203, Exh. Nos. 203-1 to 203-3.

33. Reply by Plaintiffs to Bundesminsterium Der Finanzen, filed 08/27/2010, Doc.#207.

34. Plaintiffs Motion for default judgment as to Deutsche Bundesbank a/k/a German National Bank, filed 09/14/2010, Doc.#218, and Doc.#217, and Exhibits Nos. 217-1 to 217-5.

35. Affidavit of Service relative to USM 94 forms, Oberlandesgericht – Central Authority, Frankfurt Germany, filed 09/15/2010, Doc.#219.

36. Affidavit of Service relative to Bundesrepublik Deutschand, filed 09/15/2010, Doc.#221.

37. Plaintiffs Memorandum in Opposition to Bank for International Settlements, filed 9/22/2010, Doc.#222, Exhibit Nos. 222-1 to 222-3.

38. Plaintiffs Motion for sanctions as to all defendants violations of FRCP Rule 11 et., filed 09/27/2010, Doc.#225.

39. Letter by Deutsche Bundesbank, Doc.#227, page 6 of 6, filed 09/23/2010, Exhibit A, German National Bank falsely *denies* it received the summons and complaint and/or falsely states it has not been served, signed by Messrs. Freimuth and Kempf.

40. Affidavit of Service by Plaintiffs as to Deutsche Bundesbank, filed 10/02/2010, Doc.#230.

41. Plaintiffs motion/memo for leave to serve by alternate method as to Deutsche Bundesbank, filed 10/06/2010, Doc.#232, Doc.#235.

42. Reply by Plaintiffs to Deutsche Bundes bank, filed 10/06/2010, Doc.#233, and Exhinit Nos. 233-1 to 233-3, payments by Germany to bondholders, October 2, 2010.

43. Exhibit Bundesbank Act, filed 10/06/2010, Doc.#234.

44. Memorandum Opinion and Order, by the Honorable James B. Zagel, filed 10/07/2010, Doc.#238.

45. Memorandum by Deutsche Bundesbank – whereby it *admits* the Central Authority forwarded the Summons and Complaint to the Deutsche Bundesbank, pursuant to the

Hague Convention on Service Abroad) filed 10/19/2010, Doc.#239 (page 2 of 5) and Exhibit A, Doc.#239-1.

46. Reply by Plaintiffs to the Memorandum by Deutsche Bundesbank, filed 10/19/2010, Doc.#240.

47. Response by Plaintiffs to motion for reconsideration, Doc.#243, filed 11/04/2010.

48. Plaintiffs Motion/Memorandum for Declaratory relief pursuant to 28 USC §2201 and §2202, that Validation Boards Do Not Exist and "Validation" not binding on Court or Plaintiffs. Filed 11/04/2010. Doc.# 244, Doc.#245.

49. Exhibit, Doc.#250, filed 11/08/2010, Vienna Convention on the Law of Treaties 1969, (attachment for Declaratory Judgment Motion/Memorandum Doc.#244).

50. Motion by Plaintiffs and Memorandum to Compel Direct Negotiations pursuant to Article 20 of the London Debt Accord 1953. Filed 12/06/2010, Doc.#257, and Exhibits Nos. 257-1 to 257-4.

51. Opposition by Plaintiffs to motion to dismiss by Bundesrepublik Deutschland, ("Fed. Rep. Germany") and Bundesministerium Der Finanzen. Filed 12/07/2010, Doc.#259.

52. Memorandum by Plaintiffs in Opposition to motion for reconsideration. Filed 12/13/2010. Doc.#264, and Exhibits Nos. 264-1 to 264-4.

53. Motion and Memorandum by Plaintiffs for Declaratory Judgment that Validation Law 1952, Validation Treaties Unconstitutional and Validation conditions exceed the treaty power. Filed 12/16/2010. Doc.#267.

54. Memorandum by Plaintiffs in Opposition to Motion to Strike. Filed 12/18/2010. Doc.#269.

55. Plaintiffs Initial Status Report. Filed 02/06/2011. Doc.#276.

56. Plaintiffs' Reply to response by Defendants, filed 03/01/2011. Doc. #281, and Exhibit Nos. 281-1 (Deposition Ingrid Jaeger, Bonds not stolen), Doc.#281-2 Message President Eisenhower, Bondholders Legal rights to sue in non-German courts not impaired

57. Motion by Plaintiffs for Alternative Dispute Resolution Proceedings pusrsuant to 28 USC §652, LR 83., Courts Inherent Power, e.g. Mediation, Settlement conference). Date Filed: 06/06/2011. Doc.#290. Doc.#292. Doc.#291.

58. Plaintiffs' Third Notice of Supplemental Authority. Filed 06/22/2011. Doc. #296 and Exhibits Nos. 296-1 (Minutes of Meetings-Agreement on German External Debt, Doc.#296-2, Report Professor Christophe Kopper, Doc.#296-3, World Holdings.

59. Motion by Plaintiffs for Preliminary Injunction to prevent use, enforcement or extraterritorial application of a "foreign" German "validation" law in the United States. Filed 07/28/2011. Doc.#306. Doc.#307.

60. Motion by Plaintiffs to enforce the trust against Bank for International Settlements and to Deliver and Turn over the Debt Certificates, Assets, Revenues, Given By Germany to BIS to Guarantee Payments of Plaintiffs bonds. Filed 07/28/2011. Doc.#308. Doc.#309.

61. Response by Plaintiffs in opposition to motion by Defendants to Stay briefings. Filed 08/14/2011. Doc.#312.

62. Motion by Plaintiffs to Deem Service Effectuated upon Deutsche Bundesbank a/k/a German National Bank. Filed 10/11/2011. Doc.#217 and Exhibits Nos. 317-1, 28 USC §1608(b)(2) Service on instrumentality of a foreign state, Doc. #317-2, Bundesbank Act.

63. Reply by Plaintiffs to response by Defendant Deutsche Bundesbank. Filed 10/25/2011. Doc.#321.

64. Letter to Oberlandesgericht – Exhibit in support of Plaintiffs motion to deem service effectuated on Deutsche Bundesbank, sent by German lawyer, Dr. Andre Sayatz, Doc.#322.

65. Motion by Paintiffs and Memorandum to deem service effectuated upon Deutsche Bundesbank a/k/a German National Bank. Filed 12/01/2011. Doc.#325.

66. Reply by Plaintiffs to response/opposition by Deutsche Bundesbank. Filed 12/03/2011. Doc. #328.

67. Notice of Plaintiffs Objections Pursuant to US laws and 28 USC §1608(b)(2) to Deutsche Bundesbank's filings Doc. Nos. 330 & 330-1 of "alleged" German decisions as to service of process by Central Authority (Oberlandesgericht) on Deutsch Bundesbank. Doc.#331.

68. Plaintiffs Motion/Memo to Add Ms. Angelina De Lillo. Filed 01/21/2012.  Doc.#333.

69. Plaintiffs Motion/Memo to Add Ms. Jeanette Francis. Filed 01/22/2011. Doc. #335.

70. Summons Returned Executed via the US Embassy of Berlin as to Bundesrepublik Deutschland. Filed 01/30/2012. Doc.#339.

71. Motion and memorandum by Plaintiffs to:  Deem Service Effected Upon (A) the Bundesrepublik Deutschland a/k/a Federal Republic of Germany pursuant to 28 USC §1608(a)(4), Service by Diplomatic Channels, and (B) Motion to Deem Service Effected on Deutsche Bundesbank a/k/a German National Bank pursuant to 28 USC §1608(b)2 (Attachments: # 1 Exhibit Proof of Service By Diplomatic Channels on Bundesrepublik Deutshland a/k/a Germany pursuant to 28 USC §1608(a)(4). Filed 02/01/2012. Doc.#337.

72. Certificate of Service by Plaintiffs - Proof of Service on Bundesrepublik Deutschland (Gerrmany) by Diplomatic Channels Pursuant to 28 USC §1608 (A)(4) - Letter by US State Department from William P. Fritzlen, Esq., addressed to Clerk of Court, and dated January 26, 2012 and the proof by DIPLOMATIC NOTE 001 from United States Embassy in Berlin, by James D. Fellows, US Consul, Berlin dated January 5, 2012. Filed 02/04/2012. Doc.#340.

73. Summons Returned Executed by Plaintiffs. Filed 02/05/2012. Doc.#341.

74. Plaintiffs Motion/memorandum to certify a class as to the Dawes and Young bonds pusrsuant to FRCP 23 and Class Action Fairness Act 2005, and Motion/memo to compel Germany to enter direct negotiations as to German Reich debts pusrsuant to Article 20 of the Agreement on German External Debt 1953. Filed 03/10/2012. Doc.#350.

75. Plaintiffs Memorandum in Opposition to motion to dismiss by Bundesrepublik Deutschland. Filed 03/22/2012. Doc.#357. Exhibit No. 357-1. Message from President.

76. Document No. 358. Filed 03/24/2012. Exhibit – Debts to be Settled, Definitions, Preamble, Fraework, Excerpts Agreement on German External Debt 1953 (4 USC 443, TIAS 2792).

77. Motion and Memorandum by Plaintiffs to enforce Germany's payment obligations under the bonds and Agreement on German External Debt 1953. Filed 07/30/2012. Doc.#371.

78. Notice of Filing of Correction by Paintiffs as to motion to Enforce Payment Obligations of Germany. Filed 07/31/2012. Doc.#373.

79. Motion by Plaintiffs to Add Chester Gray. Filed 08/27/2012. Doc.#376.

80. The Proof of Service by Diplomatic Note 001, upon the Bundesrepublik Deutschland a/k/a Federal Republic of Germany, which was sent to the District Court by William P. Fritzlen, Esq., of the US State Department, and signed by James D. Fellows, US Consul, Embassy of Berlin, the Proof of Service via diplomatic channels pursuant to 28 USC §1608(a)(4).

81. Doc.#339, Doc.#340, Doc.#341, Doc.#337, Doc.#337-1, Doc.#338, Doc.#345, regarding proof of service by diplomatic note/channels on Germany, be included in the appeal.

82. Documents relative to the motion for Class Action certification, Doc.#69, Doc.#350, Doc.#357, Doc.#357-1, Doc.#358, be included in the appeal.

83. All copies of the various German bearer bonds, such as the Dawes bonds, Young bonds, Rheinelbe Union bonds, Free State of Bavaria bonds, United Steel Works Corporation bonds, including, but not limited to: Doc. #82-1, Doc.#82-2, and Doc.#82-3, Doc.#82-4,

Doc.#82-5, Doc.#82-6, and Doc.#82-7, and Doc. Nos. 65-1 thru 65-10, be included in the record on appeal.

84. All copies and documents and affidavits of service and proofs of service and admissions of service, relative to service of process upon the Deutsche Bundesbank a/k/a German National Bank, including, but not limited to the following: Doc.#321, Doc.#325, Doc.#328, Doc.#317, #317-1, 317-2, Doc.#321, and Doc.#321-1, Doc.#321-2, Doc.#322, Doc.#328, Doc. #331, Doc.#217, Doc.#217-1, and Doc.#217-2, Doc.#217-3, Doc.#217-4, Doc.#217-5, Doc.#219, Doc.#227, Doc.#230, and Doc.#232, Doc.#233, Doc.#233-1, Doc.#233-2, Doc.#234, Doc.#240, Doc.#240-1, and Doc.#239, Doc.#239-1, Doc.#337, Doc.#339.

Plaintiffs respectfully request that all Motions and Memorandums, all Orders, and all Documents filed, and all Affidavits of Service, and all Proofs of Service, and all Summons Returned Executed, and all Copies of Bonds, and any and all documents be included on the record on appeal, including but not limited to, the documents, filings, exhibits and motions and memorandums herein - the Descriptive List.

Dated: October 14, 2012

By: */s/Hassan A. Abbas*
Plaintiffs'- Appellants Counsel

Hassan A. Abbas, J.D.
Attorney and Counselor at Law
(Illinois ARDC No. 6206474)
Hoveniersstraat 2, Ste. 232
Antwerp, 2018 Belgium
Tel +323 233 3910 Fax +323 233 9767
Email: haa-law@hotmail.com

Respectfully Submitted,

ELFRIEDE KORBER
CHRISTOPHER MARK
Individually and on behalf of all
others similarly situated
PLAINTIFFS-APPELLANTS

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 14, 2012, I electronically filed the foregoing document: PLAINTIFFS-APPELLANTS  SUPPLEMENTAL DESCRIPTIVE LIST OF DOCUMENTS, REQUIRED FOR THE RECORD ON APPEAL with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/*Hassan A. Abbas*
Plaintiffs-Appellants Counsel


Hassan A. Abbas, J.D.
Attorney and Counselor at Law
Illinois A.R.D.C. No. 6206474
Hoveniersstraat 2, Suite 232-Box 344
Antwerp, 2018 Belgium
Tel. +323 233 3910
Fax +323 233 9767
Email: haa-law@hotmail.com