_____

## UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

_____

| | |
|---|---|
| ELFRIEDE KORBER and CHRISTOPHER MARK | ) **Appellate Case No. 12-3269** |
| | ) |
| Plaintiffs-Appellants, | ) On Appeal From the United States |
| | ) District Court, Northern District of |
| vs. | ) Illinois, Eastern Division, District |
| | ) Judge, Hon. Edmond E. Chang |
| BUNDESREPUBLIK DEUTSCHLAND a/k/a | ) Court Reporter Krista Burgeson |
| "FEDERAL REPUBLIC OF GERMANY", et al. | ) Clerk/Agency Rep Thomas Bruton |
| | ) District Court No. 1:08-cv-06254 |
| | ) Date NOA filed in District Court |
| Defendants-Appellees | ) October 1, 2012 (10/01/2012) |

### PLAINTIFFS-APPELLANTS SUPPLEMENTAL
### STATEMENT OF JURISDICTION

Pursuant to order of the United States Court of Appeals for the Seventh Circuit, 219 S. Dearborn, Room 1120, Chicago, Illinois 60604, the Plaintiffs-Appellants, Elfriede Korber and Christopher Mark, by their counsel, hereby respectfully submit their Supplemental Statement of Jurisdiction relative to the state/s of Citizenship of the Plaintiffs-Appellants and/or the Defendants-Appllees, for one of the various bases of federal jurisdiction in this case, pursuant to diversity of citizenship.

### A. PARTIES

1. PLAINTIFF-APPELLANT, CHRISTOPHER MARK**,** (hereinafter "MARK") is a citizen of, and domiciled in the city of Chicago, State of Illinois, United States of America, in this judicial district, and is the legal and/or equitable owner of German gold bearer bond/s, and/or in possession of German gold bearer bond/s, at issue herein, and brings this lawsuit, Individually, and as representative and on behalf of the Class Members and bondholders, similarly situated, and brings this lawsuit as a class action.

1

2. PLAINTIFF-APPELLANT, ELFRIEDE KORBER, (hereinafter "KORBER") is a citizen of Belgium, and domiciled in the city of Overijse (near the capital Brussels) and is the legal and/or equitable owner of German gold bearer bond/s, and/or in possession of German gold bearer bond/s, at issue herein, and brings this lawsuit, Individually, and as representative and on behalf of the Class Members and bondholders, similarly situated, and brings this lawsuit as a class action

3. DEFENDANT-APPELLEE, BUNDESREPUBLIK DEUTSCHLAND, a/k/a, "FEDERAL REPUBLIC OF GERMANY" (hereinafter "GERMANY") is a foreign sovereign and has its capital and offices in the city of Berlin, Germany, and has assumed liability for the bonds, and is the issuer of the bonds, and/or, trustee, guarantor, obligor, and/or redemption or paying agent, on Plaintiffs-Appellants, and/or putative Class Members' Bonds, and has dealt with and/or was involved with the German gold bearer bonds, and has documents related to Plaintiffs Appellants and/or Class Members' German gold bearer bonds, and/or potential claims as they may relate to one or more Defendants. Bundesrepublik Deutschland, a/k/a Federal Republic of Germany, as issuer, guarantor, and/or successor, and/or co-obligor, and/or trustee, and/or paying and redemption agent, is fully liable for payment of the German gold bearer bonds.

4. DEFENDANT-APPELLEE, BUNDESMINISTERIUM DER FINANZEN, a/k/a, GERMAN FINANCE MINISTRY, hereinafter ("GERMAN FINANCE MINISTRY") is a political subdivision, and/or agency or instrumentality of the German government, with its headquarters and/or main offices and/or principal place of business in Berlin, Germany, and which is one of the guarantors, trustees, obligors, and/or redemption or paying agents, on Plaintiffs-Appellnts and/or Class Members' German Gold Bearer Bonds, and which has dealt with and/or was involved with one or more of the Defendants and has documents related to the German gold bearer bonds and Plaintiffs-Appellants and/or Class Members'

2

German gold bonds and or potential claims as they may relate to one or more of the Defendants.   Bundesministerium Der Finanzen a/k/a German Finance Ministry, as guarantor, and/or successor, and/or trustee, and/or co-obligor and/or as redemption and paying agent, is liable for payment of the bonds.

5. DEFENDANT, DEUTSCHE BUNDESBANK, a/k/a, "GERMAN NATIONAL BANK", hereinafter ("GERMAN NATIONAL BANK") is an agency and/or instrumentality of the German government, with its headquarters and/or main offices and/or principal places of businesses in Berlin and Frankfurt, Germany, and which is one of the trustees, guarantors, obligors, and/or successors, and/or redemption or paying agents on Plaintiffs-Appellants and/or Class Members' German Gold Bearer Bonds, which has dealt with and/or was involved with Plaintiffs-Appellants and/or Class Members' German gold bearer bonds and with one or more of the Defendants, and or has documents which relate to Plaintiffs-Apellants and/or Class Members German gold bearer bonds and/or potential claims as they may relate to one or more of the Defendants, and has offices and does business in the United States, at 499 Park Avenue, New York, New York.   Deutsche Bundesbank, a/k/a German National Bank, as guarantor, and/or successor, and/or trustee, and/or co-obligor, and/or paying and redemption agent, is liable for payment of the bonds.

6. DEFENDANT, BUNDESAMT FUR ZENTRALE DIENST UND OFFENE VERMOGENSFRAGEN, (hereinafter "BADV"), Prufstelle Fur Auslandsbonds Das Deutschen Reichs, is an agency of the German government, with its principal place of business and/or headquarters and/or main offices in Berlin, Germany, and which is one of the ostensible "Examining Agency" for the Dawes bonds and Young bonds, and for redemption and payment of the bonds, and is one of the obligors, trustees, guarantors, and/or successors, and/or redemption or paying agents on Plaintiffs/Class Members' Gold Bearer Bonds, which dealt with and/or was involved with Plaintiffs-Appellants and/or

Class Members' German gold bonds, in particular Dawes and Young Bonds, and has dealt with one or more of the Defendants and/or has documents which relate to Plaintiffs-Appellants and/or Class Members' German gold bearer bonds and/or potential claims as they may relate to one or more of the Defendants, and has principal place of business in Germany, at DGZ-Ring 12, 13086, Berlin. The BADV – Prufstelle Fur Auslandsbonds as the guarantor, and/or successor, and/or trustee, and/or co-obligor, and/or paying agent and/or redemption agent, is liable for payment of the bonds.

7. DEFENDANT, LANDESAMT FUR FINANZEN, DIENSTSTELLE MUNCHEN, is an agency of the German government, with its principal place of business and main offices in Munich, Germany, and which is one of the ostensible "Examining Agency" for the redemption and/or payment, and/or "examination" and/or "validation" of the bonds, and one of the obligors, trustees, guarantors, and/or successors, and/or redemption or paying agents on Plaintiffs-Appellants and/or Class Members' German Gold Bearer Bonds, and which dealt with and/or was involved with Plaintiffs-Appellants and/or Class Members' German gold bearer bonds in particular Free State of Bavaria Bonds, and has dealt with one or more of the Defendants and/or has documents which relate to Plaintiffs-Appellants /Class Members German gold bonds and/or potential claims as they may relate to one or more of the Defendants, and has principal place of business and headquarters offices and principal place of business in Germany, at Alexandrastr. 3, 80538 Munchen. Landesamt fur Finanzen Dienststelle Munchen, as guarantor, and/or successor, and/or trustee, and/or co-obligor, and/or paying and redemption agent, is liable for payment of the bonds.

8. DEFENDANT DRESDNER BANK AG, is a German bank, incorporated in Germany, and has its principal place of business and/or main offices in Frankfurt, Germany and has a branch in Dusseldorf, 40212, on Konigsallee 37, and Dresdner Bank AG is the ostensible "Examining Agency" for the redemption and/or payment of the United Steel

4

Works Corporation Bonds, and is one of the trustees, guarantors, obligors, successors, and/or redemption or paying agents on Plaintiffs-Appellants and/or Class Members German Gold Bearer Bonds, and which also maintains offices and conducts business in the United States, in various jurisdictions, and/or, including this jurisdiction, and is now part of Commerzbank AG. Dresdner Bank, as obligor, or successor, or guarantor, or redemption and paying agent is liable for redemption and payment of the bonds.

9. DEFENDANT, COMMERZBANK AG (hereinafter "COMMERZBANK") is a German bank, incorporated in Germany, which has its principal place of business and offices and headquarters in Frankfurt, Germany, and which also does business and has offices in the United States in New York, Chicago, Los Angeles, Atlanta, and which is one of the "examining agents", trustees, guarantors, obligors, and/or redemption or paying agents on Plaintiffs Appellants and/or Class Members' German Gold Bearer Bonds, such as the Rheinelbe Union bonds, and which has dealt with and or was involved with Plaintiffs-Appellants and/or Class Members' German gold bonds, and has documents in its possession related to Plaintiffs and/or /Class Members' German gold bearer bonds and/or potential claims as they may relate to one or more of the Defendants. And Commerzbank Ag is the ostensible "Examining Agency" for the redemption and payment of Rheinelbe Union Bonds. COMMERZBANK AG, as guarantor, and/or co-obligor, and/or successor, and/or trustee, and/or as redemption and paying agent, is liable for payment of the bonds.

10. DEFENDANT, COMMERZBANK AG (hereinafter "COMMERZBANK") is a German bank, incorporated in Germany, which has its principal offices in Frankfurt, Germany, and which is one of the trustees, guarantors, obligors, successors, and/or redemption or paying agents on Plaintiffs-Appellants German Gold Bearer Bonds, and which also maintains offices and conducts business in the United States, in various jurisdictions, including this jurisdiction, through Defendants, Commerzbank Chicago Branch, Commerzbank Atlanta

5

Branch, Commerzbank New York Branch, Commerzbank Los Angeles Branch, As Well As Through Its Wholly Owned Subdivisions Or Subsidiaries, Or Alter Egos, Such As, Defendant, Commerzbank Capital Markets Corporation, A Subsidiary/Division Of Commerzbank Ag (Hereinafter "CCMC") Defendant, Commerzbank Securities, A Subsidiary/Division Of Commerzbank Ag (Hereinafter "Securities), Defendant, Commerzbank Corporates And Markets, Hereinafter ("CBMC") A Subsidiary/Division Of Commerzbank Ag, And Defendant Eurohypo Ag, Division/Subsidiary Of Commerzbank Ag, and which have dealt with and or were involved with Plaintiffs-Appellants and/or Class Members German gold bearer bonds, and have documents in their possession related to Plaintiffs-Appellants and/or Class Members' German gold bearer bonds and/or potential claims as they may relate to one or more of the Defendants.

11. COMMERZBANK, and its related entities, as guarantors, and/or successors, and/or trustees, and/or co-obligors, and/or as redemption and paying agents, are jointly and severally liable for payment of the bonds.

12. DEFENDANTS COMMERZBANK AG, COMMERZBANK, CCMC, COMMERZBANK SECURITIES, CBMC, DRESDNER BANK AG, and EUROHYPO AG are foreign corporations, incorporated in Germany, and doing business in the United States through a myriad of divisions, wholly owned, subsidiary, or alter ego companies, which are integrated companies, and/or subsidiaries, and/or divisions, whose activities and/or assets are controlled, dominated and/or directed by Defendant Commerzbank Ag, and/or its majority shareholders. Commerzbank, and related entities, as guarantors, and/or as successors, to redemption or paying agents, and/or as trustees, and/or as co-obligors, and/or as alter egos, and/or as redemption and paying agents, are jointly and/or severally liable for payment of the bonds.

13. DEFENDANT, DEUTSCHE BANK AG, (hereinafter "DEUTSCHE") is a German bank, incorporated in Germany, and which has its principal place of business, headquarters and offices in Frankfurt, Germany and which is one of the trustees, and/or guarantors, and/or obligors, and/or successors, and/or redemption or paying agents, on Plaintiffs-Appellants and/or /Class Members German Gold Bearer Bonds, such as the Dawes bonds; and which also maintains offices and principal place of business in the United States, in New York, and has dealt with Plaintiffs-Appellants and/or Class Members' German gold bonds, and/or was involved with one or more of the Defendants and has documents in its possession related to Plaintiffs Appellants and/or Class Members' German gold bearer bonds and/or potential claims as they may relate to one or more of the Defendants herein.

14. Deutsche Bank Ag conducts or conducted business in the United States, in New York, and throughout the world through a myriad of divisions, wholly-owned, subsidiary or alter ego companies, which are integrated companies, and/or subsidiaries, and/or divisions, whose activities and/or assets and/or finances, are controlled, dominated and/or directed by Deutsche Bank Ag, and/or its majority shareholders. Deutsche Bank Ag, and its related entities, as guarantors, and/or trustees, and/or co-obligors, and/or selling brokers, and/or alter egos, and/or as redemption and paying agents, or successors thereof, are jointly and/or severally liable for payment of the bonds.

15. DEFENDANTS, DEUTSCHE BANK USA/BANKERS TRUST CO., DEUTSCHE BANK TRUST CO. AMERICAS (formerly, Bankers Trust Company) hereinafter collectively referred to as the "DEUTSCHE BANK TRUST COMPANY AMERICAS") is a United States and or Trustee bank, incorporated in New York, and which has principal place of business and headquarters in 60 Wall Street, New York, New York, and also conducts business in other cities in the United States, and which is one of the trustees, guarantors, successors, co-obligors, and/or redemption or paying agents, on the Plaintiffs-

Appellants and/or Class Members' German Gold Bearer Bonds, such as the Dawes bonds, and which has dealt with Plaintiffs-Appellants and/or Class Members' German gold bonds and/or was involved with one or more of the Defendants and has documents in its possession related to Plaintiffs-Appellants and/or Class Members German gold bearer bonds and/or potential claims as they may relate to one or more of the Defendants herein.

16. The DEUTSCHE BANK TRUST CO. AMERICAS conducts, or conducted business, through a myriad of divisions, wholly-owned, subsidiary or alter ego companies, which are integrated companies, and/or subsidiaries, and/or divisions, whose activities and/or assets and/or finances, are controlled, dominated and/or directed by Deutsche Bank Trust Co. Americas, and/or its majority shareholders. The Deutsche Bank Trust Co. Americas, and its related entities, as guarantors, and/or as redemption and paying agents, and/or as trustees, and/or as co-obligors, and/or as selling brokers, and/or as alter egos, and/or as successors thereof, are jointly and/or severally liable for payment of the bonds.

17. DEFENDANT CITIBANK N.A., and/or CITIGROUP INC., (hereinafter "CITIBANK") are United States banks, incorporated in Delaware, and headquartered, based, and/or principal place of business in New York, and which are one of the trustees, and/or guarantors, and/or obligors, and/or selling brokers, and/or redemption or paying agents, or successors thereof, and are responsible for payment on Plaintiffs-Appellants and/or Class Members' German Gold Bearer Bonds, such as the Young bonds, and which has and maintains offices in other cities in the United States, and all over the world, and has dealt with Plaintiffs-Appellants and/or Class Members' German gold bearer bonds; and/or was involved with one or more of the Defendants, and has documents in its possession related to Plaintiffs-Appellants and/or Class Members' German gold bearer bonds and/or potential claims as they may relate to one or more of the Defendants herein.

18. Citibank conducts or conducted business in the United States and the world through a myriad of divisions, wholly-owned, subsidiary, or alter ego companies, which are integrated companies, and/or subsidiaries, and/or divisions, whose activities and/or assets and/or finances, are controlled, dominated and/or directed by Citibank, and/or its majority shareholders. Citibank, and its related entities, as guarantors, and/or as trustees, and/or as selling brokers, and/or as co-obligors, and/or as alter egos, and/or as redemption and paying agent, and/or as successors thereof, are jointly and/or severally liable for payment of the bonds.

19. DEFENDANT JP MORGAN CHASE BANK N.A., (hereinafter "JP MORGAN") is a United States bank, incorporated in Delaware, and with principal place of business and offices, in New York, and one of the trustees, and/or guarantors, and/or co-obligors, and/or selling brokers, and/or redemption and paying agents, or successors thereof, on Plaintiffs-Appellants and/or Class Members' German Gold Bearer Bonds, such as the Dawes bonds, Young bonds, Free State of Bavaria bonds; and which has and maintains offices in New York and other cities, and has dealt with Plaintiffs-Appellants and/or Class Members German gold bonds; and/or was involved with one or more of the Defendants and has documents in its possession related to Plaintiffs-Appellants and/or Class Members' German gold bonds or potential claims as they may relate to one or more of the Defendants herein.

20. Defendant JP Morgan Chase conducts or conducted business, in the US and/or the world, through a myriad of divisions, wholly-owned, subsidiary or alter ego companies, which are integrated companies, and/or subsidiaries, and/or divisions, whose activities and/or assets and/or finances, are controlled, dominated and/or directed by JP Morgan Chase and/or its majority shareholders. JP Morgan Chase, and its related entities, as guarantors, and/or as selling brokers, and/or as co-obligors, and/or as alter egos, and/or as trustees,

and/or as paying and redemption agents, or successors thereof, are jointly and/or severally liable for redemption and payment of the bonds.

21. DEFENDANT WARBURG DILLON READ, (hereinafter "WARBURG DILLON") is now part of UBS AG, and one of the redemption or paying agents, or successors thereof, and/or guarantors, and/or selling brokers, and/or trustees, or co-obligors, responsible for payment on Plaintiffs-Appellants and/or Class Members German Gold Bearer Bonds. The S.G. Warburg & Co. was incorporated in London as investment bank, and Dillon, Read, which has incorporated in New York and involved in sale of bonds, and maintained principal place of business and offices in New York, were both acquired by Swiss Bank Corporation, and merged to become SBC Warburg Dillon Read which was acquired by UBS AG, a global Swiss bank, incorporated in Switzerland. Warburg Dillon Read has dealt with Plaintiffs-Appellants and/or Class Members' German gold bearer bonds and/or was involved with one or more of the Defendants and has documents in its possession related to Plaintiff's/Class Members German gold bearer bonds and/or potential claims as they may relate to one or more of the Defendants herein. Warburg Dillon conducts or conducted business through a myriad of divisions, wholly-owned, subsidiary or alter ego companies, which are integrated companies, and/or subsidiaries, and/or divisions, whose activities and/or assets and/or finances, are controlled, dominated and/or directed by Warburg Dillon and/or its majority shareholders. Warburg Dillon, and its related entities, as guarantors, and/or trustees, and/or co-obligors, and/or alter egos, and/or as paying and redemption agents, and/or successors thereof, are jointly and/or severally liable for payment of the bonds.

22. DEFENDANT SCHRODERS PLC, (hereinafter "SCHRODERS") is incorporated in and has its principal place of business and head offices in London, United Kingdom, and ain the US, defendant Schroders Plc has principal place of business and offices in New York,

New York, and which is one of the redemption and paying agents on Plaintiffs-Appellants and/or Class Members German gold bearer bonds, and/or is one of the guarantors, and/or trustees, and/or co-obligors, and/or selling brokers, and/or successors to the redemption and paying agents, and is responsible for payment on Plaintiffs/Class Members' German Gold Bearer Bonds, such as Rheinelbe Union bonds, and/or United Steel Works Corp. bonds. Schroders Plc has dealt with Plaintiffs-Appellants and/or Class Members German gold bonds and/or was involved with one or more of the Defendants and has documents in its possession related to Plaintiffs-Appellants and/or Class Members German gold bearer bonds, and/or potential claims as they may relate to one or more of the Defendants herein. Schroders Plc, a foreign corporation, with asset and investment management, trading, brokerage and/or other banking or financial activities, conducts or conducted business in the United States, United Kingdom, and the world, through a myriad of divisions, wholly-owned, subsidiary, or alter ego companies, which are integrated companies, and/or subsidiaries, and/or divisions, whose activities and/or assets and/or finances, are controlled, dominated and/or directed by Schroders Plc and/or its majority shareholders. Schroders Plc, and/or its related entities, as guarantors, and/or trustees, and/or co-obligors, and/or alter egos, and/or selling brokers, and/or principal/agents, and/or as paying and redemption agents, and/or successors thereof, are jointly and/or severally liable for redemption and payment of the Plaintiffs-Appellants and/or Class Members' gold bonds.

23. DEFENDANT BANK FOR INTERNATIONAL SETTLEMENTS, (hereinafter referred to as "BIS") is a international financial institution, incorporated in Switzerland, and with its principal place of business and main offices in Basel, Switzerland and was established under the Hague Agreement 1930, and acted as Trustee and/or Guarantor on the Young bonds and Dawes bonds, and loans, and is one of the guarantors, trustees, obligors, paying and/or redemption agents on Plaintiffs-Appellants and/or Class Members' German Gold

Bearer Bonds, and has dealt with Plaintiffs' German gold bonds and/or was involved with one or more of the Defendants, and held, opened, and/or operated certain accounts related to Plaintiffs-Appellants and/or Class Members German gold bonds, and has certificates of indebtedness and guarantees and monies as collateral for bondhoders, and documents in its possession related to Plaintiffs-Appellants and/or Class Members' German gold bonds, and/or potential claims as they may relate to one or more of the Defendants herein. BIS, as guarantor, and/or as trustee, and/or as co-obligor, is unconditionally liable for payment of the Plaintiffs gold bonds, and maintains the certificates of indebtedness and guarantees and collateral from Germany on behalf of the bondholders.

24. DEFENDANT UBS AG, (hereinafter "UBS"), is a Swiss bank, which is incorporated in Switzerland, with its principal pace of business in Basel and Zurich, Switzerland, and also does business in the US, and maintains offices and principal place of business in the US such as New York, and is one of the paying and/or redemption agents, and/or guarantors, and/or trustees, and/or co-obligors, and/or successors thereof, responsible for payment on Plaintiffs-Appellants and/or Class Members' German Gold Bearer Bonds, such as the Rheinelbe Union bonds and/or United Steel Works Corp. bonds, and which has and maintains offices and agents in the United States and has dealt with Plaintiffs-Appellants German gold bonds and/or was involved with one or more of the Defendants, held, opened, and/or operated certain accounts related to Plaintiff's German gold bonds, and has documents in its possession related to Plaintiffs' German gold bonds and/or potential claims as they may relate to one or more of the Defendants herein. UBS AG conducts or conducted business in the United States and the world, through a myriad of divisions, wholly-owned, subsidiary or alter ego companies, which are integrated companies, and/or subsidiaries, and/or divisions, whose activities, assets and/or finances, are controlled, dominated and/or directed by UBS AG and/or its majority shareholders. UBS AG, and

its related entities, as guarantors, and/or as trustees, and/or as co-obligors, and/or as alter ego, and/or as redemption and paying agents, or successors thereof, are jointly and/or severally liable for payment of the Plaintiffs and Class Members' gold bearer bonds.

25.   DEFENDANT MIZUHO CORPORATE BANK, hereinafter "MIZUHO" is a Japanese bank, incorporated in Japan, with its principal place of business, and head offices in Tokyo, Japan, and also incorporated in New York, at 1251 Avenue of the Americas, as Mizuho Corporate Bank, Ltd. (Member of Mizuho Financial Group, incorporated in Japan).  Mizuho Corporate Bank and its subsidiaries such as Mizuho Corporate Bank USA, incorporated in New York, is one of the paying and/or redemption agents, and/or guarantors, and/or trustees, and/or co-obligors, and/or successors thereof, responsible for payment on Plaintiffs-Appellants and/or the Class Members' German Gold Bonds, such as the Rheinelbe Union bonds; and Mizuho has and maintains offices and branches and agents in the United States, including New York and Chicago, and which has dealt with Plaintiffs-Appellants and/or the Class Members German gold bearer bonds, and/or was involved with one or more of the Defendants, and/or held, opened, and/or operated certain accounts related to Plaintiffs-Appellants and/or Class Members German gold bearer bonds, and has documents in its possession related to Plaintiffs-Appellants and/or Class Members' German gold bonds and/or potential claims as they may relate to one or more of the Defendants herein.  Mizuho conducts or conducted business in Japan, and the United States and the world, through a myriad of divisions, wholly-owned, subsidiary or alter ego companies, which are integrated companies, and/or subsidiaries, and/or divisions, whose activities and/or assets and/or finances, are controlled, dominated and/or directed by Mizuho and/or its majority shareholders.   Mizuho, and its related entities, as guarantors, and/or as trustees, and/or as co-obligors, and/or as alter egos, and/or as

redemption and paying agents, and/or successors thereof, are jointly and/or severally liable for payment of the bonds.

26. DEFENDANT SKANDINAVISKA ENSKILDA BANKEN AB, hereinafter "SEB" is a Swedish bank, incorporated in Sweden, with its principal place of business and head offices in Stockholm, Sweden, and also incorporated in New York, at 245 Park Avenue, 10167, which is one of the paying and/or redemption agents, and/or guarantors, and/or trustees, and/or co-obligors, and/or successors thereof, and is responsible for payment on Plaintiffs-Appellants and/or Class Members' German Gold Bearer Bonds, such as United Steel Works Corp. bonds; and which has and maintains offices and/or branches and agents in the United States, and/or principal place of business including in New York, and which has dealt with Plaintiffs-Appellants and/or Class Members German gold bonds, and/or was involved with one or more of the Defendants, and/or held, opened, and/or operated certain accounts related to Plaintiff's/Class Members German gold bonds, and has documents in its possession related to Plaintiff's/Class Members German gold bonds and/or potential claims as they may relate to one or more of the Defendants herein.

27. SEB conducts or conducted business in the United States and the world, through a myriad of divisions, wholly-owned, subsidiary or alter ego companies, which are integrated companies, and/or subsidiaries, and/or divisions, whose activities and/or assets and/or finances, are controlled, dominated and/or directed by SEB and/or its majority shareholders. SEB, and its related entities, as guarantors, and/or as trustees, and/or as co-obligors, and/or as alter egos, and/or as redemption and paying agents, and/or successors thereof, are jointly and/or severally liable for payment of the bonds.

28. DEFENDANT CREDIT SUISSE GROUP AG, hereinafter "CREDIT SUISSE" is a Swiss bank, incorporated in Switzerland, with its principal place of business and head offices in Zurich, Switzerland, Paradeplaz 8, 8070, and which also does business and has principal

place of business in the United States, and is one of the paying and/or redemption agents, and/or guarantors, and/or trustees, and/or co-obligors, and/or successors thereof, responsible for payment on Plaintiffs-Appellants and/or Class Members' German Gold Bonds, such as United Steel Works Corp. bonds; and which has and maintains offices and branches and agents around the world and principal place of business in the United States, including New York, at 11 Madison Avenue, New York, 10010, and which has dealt with Plaintiffs-Appellants and/or the Class Members German gold bonds, and/or was involved with one or more of the Defendants, and/or held, opened, and/or operated certain accounts related to Plaintiffs-Appellants and/or Class Members German gold bearer bonds, and has documents in its possession related to Plaintiffs-Appellants and/or Class Members German gold bonds and/or potential claims as they may relate to one or more of the Defendants herein. Credit Suisse conducts or conducted business in the United States and the world, through a myriad of divisions, wholly-owned, subsidiary or alter ego companies, which are integrated companies, and/or subsidiaries, and/or divisions, whose activities and/or assets and/or finances, are controlled, dominated and/or directed by Credit Suisse and/or its majority shareholders. Credit Suisse, and its related entities, as guarantors, and/or as trustees, and/or as co-obligors, and/or as alter egos, and/or as redemption and paying agents, and/or successors thereof, are jointly and/or severally liable for payment of the Plaintiffs-Appellants and/or Class members' gold bearer bonds.

29. DEFENDANT BANK OF NEW YORK MELLON, hereinafter ("BNYMELLON) is a United States global financial services company with its principal place of business, and head offices in New York, 10286, New York, 1 Wall Street, and/or incorporated in New York, which is one of the redemption and/or paying agents, and/or guarantors, and/or trustees, and/or co-obligors, and/or successors thereof, responsible for payment on Plaintiffs-Appellants and/or Class Members' German Gold Bearer Bonds, such as the

Rheinelbe Union bonds, and/or United Steel Works Corp. bonds; and which has and maintains offices and branches and agents in the United States, and other countries.

30. BNY Mellon has dealt with Plaintiffs-Appellants and/or Class Members German gold bearer bonds, and/or was involved with one or more of the Defendants, and/or held, opened, and/or operated certain accounts related to Plaintiffs-Appellants and/or Class Members German gold bonds, and has documents in its possession related to the Plaintiffs-Appellants and/or Class Members German gold bonds and/or potential claims as they may relate to one or more of the Defendants herein. BNY Mellon conducts or conducted business in the United States and the world, through a myriad of divisions, wholly-owned, subsidiary or alter ego companies, which are integrated companies, and/or subsidiaries, and/or divisions, whose activities and/or assets and/or finances, are controlled, dominated and/or directed by BNY Mellon and/or its majority shareholders.

31. BNY Mellon and its related entities, as guarantors, and/or as trustees, and/or as co-obligors, and/or as alter egos, and/or as redemption and paying agents, or successors thereof, are jointly and/or severally liable for payment of the Plaintiffs and/or Class Members German Gold Bearer Bonds.

## UNITED STATES COURTS' JURISDICTION

32. The Seventh Circuit Court of Appeals has jurisdiction pursuant to 28 USC §1291.

33. The District Court has various bases of jurisdiction, including but not limited to:

34. Defendants, German Finance Ministry, Bundesministerium Der Finanzen; and German National Bank , Deutsche Bundesbank; are either Political Subdivisions, and/or Agencies and/or Instrumentalities, of the Defendant, Bundesrepublik Deutscheland, a/k/a the Federal Republic of Germany, and as such the Court has jurisdiction over such Defendant/s pursuant to 28 U.S.C. §1330, §1391, §1602-§1611 and 28 USC §1605 et seq., providing for the commercial activity exceptions to the Foreign Sovereign Immunities Act, in so far as the action

relates to international bonds, international treaties, and/or international loans, relative to the German Gold Bearer Bonds at issue; i.e. commercial instruments, which were sold and marketed in the United States, and payable in the United States, and for which various acts and communications, were performed by Defendants, and/or directed to persons, such as the Plaintiffs-Appellants, and/or Class Members, including by one or more Defendants herein, and/or in the United States, and/or which had and/or have a direct effect in the United States.

35. The Court has jurisdiction over Defendants, Commerzbank Ag, and/or its related entities, and branches in the United States, and/or otherwise affiliated companies, and/or subsidiaries and divisions, and over Deutsche Bank Ag, and/or Deutsche Bank USA/Bankers Trust Co., and over Dresdner Bank Ag, and Deutsche Bank Trust Co. Americas, and over Bank For International Settlements, ("BIS") - through Diversity of Citizenship, pursuant to 28 U.S.C. §1332 – and/or because said Defendants, are either US Corporations, or corporations/entities: (i) that maintain, or maintained, representatives, and personnel, or offices and/or assets within; and/or (ii) conduct, or conducted, regular, and/or continuous, and systematic business, within this judicial district and US and claims and amount in controversy exceeds the jurisdictional minimum, $75,000, USD exclusive of interest and costs, and venue is proper.

36. The Court has jurisdiction over Defendants, Citibank N.A., Citigroup, Inc., J.P. Morgan Chase Bank N.A., UBS AG, Schroders Plc, Warburg Dillon, Bank New York Mellon, Skandinaviska Enskilda Banken, Credit Suisse Ag, and Landesamt Fur Finanzen, Badv-Prufstelle, Mizuho Corporate Bank - through diversity of citizenship, pursuant to 28 USC Sec.1332 - and/or because Defendants are either US corporations, or (i) corporations or entities that maintained agents, representatives, personnel, offices and/or assets within, and/or (ii) conducts or conducted regular, continuous and systematic business, within this judicial district, and the United States, and the claims and amount in controversy exceeds the jurisdictional minimum, $75,000,USD exclusive, of interests and costs, and venue is proper.

<u>RICO ACT 1970</u>

37. The Court has jurisdiction over this action, and all Defendants, to enforce United States law due to Defendants violations of 18 U.S.C. §1961 et seq., the Racketeer Influenced and Corrupt Organizations Act, due to Defendants violations of the RICO act.

<u>SECURITIES ACT 1933/SECURITIES EXCHANGE ACT 1934</u>

38. The Court has jurisdiction over this action, and all Defendants, to enforce US Securities laws due to Defendants violations of §10(b) (15 U.S.C. §78(j)(b), and Rule 10b-5 of the Securities Exchange Act 1934 , and violations of Section 17 of the Securities Act 1933, §17(a), 15 U.S.C. §77(q)(a), and/or violations of Section 11 or 12 of Securities Act; subjects Defendants to civil penalties under §20 Securities Act, and/or §21(d) of the Exchange Act 1934.

<u>CLASS ACTION FAIRNESS ACT 2005</u>

39. The Court has jurisdiction over the action and all Defendants herein, pursuant to the Class Action Fairness Act 2005, Public Law 109-2, 109th Congress, ("CAFA"), 28 U.S.C. §1332(d)(2), §1453 and/or §1711-1715., as the amount in controversy exceeds $5,000,000 USD (Five Million US Dollars), and there are more than a 100 Class Members and at least one class member is diverse from at least one defendant.

<u>ALIEN TORT STATUTE ACT 1789 – 28 USC §1350</u>

40. Plaintiff Elfriede Korber, also brings the action, pursuant to the Alien Tort Statute 28 USC § 1350, as the statute provides that: "The District court shall have original jurisdiction of any civil action by an alien for a tort, committed in violation of the law of nations or a treaty of the United States."

<u>FEDERAL QUESTION JURISDICTION – 28 USC § 1331</u>

41.  This Court has jurisdiction pursuant to 28 USC §1331 in that Plaintiffs make claims against Defendants pursuant to federal law, and "federal question" jurisdiction exists, and to the extent that federal law incorporates the law of nations and/or customary

international law, jus cogens, and/or, incorporates the international treaties, and incorporates the US Constitution, as the Supreme Law of the Land, and Plaintiffs-Appelants claims thereof and under the Constitution, and as federal common law.

42. Plaintiffs' action involves claims for torts and breaches and violations of the applicable international treaties such as the <u>Agreement on German External Debt 1953</u> and/or <u>Second Implementing Ordinance 1953</u> and <u>Agreement on Certain Matters Arising from Validation of Dollar Bonds 1953</u>, which have been violated by Germany and Defendants.

43. Plaintiffs assert claims for torts and breaches that involve Defendants' violations of the law of nations and customary international norms condemning the practice of wrongful misappropriation of property and conversion under the Hague Convention 1907, Treaty of Versailles 1919, Holocaust Victims Redress Act of 1998 (Pub. L No. 105-508, 112 Stat. 15, 1998), and Plaintiffs assert claims for default on payment of bearer bonds, violation of the international law, breach of the uniform commercial code, and wrongful deprivation of property without compensation, various torts, equitable and/or declaratory relief, as to Defendants' violation of the <u>United States Constitutional rights</u>, and breach of the <u>Universal Declaration of Human Rights</u> (U.N. G.A. Respondent 217(III 1948), and <u>International Covenant on Civil and Political Rights</u>, 999 U.N.T.S. 171 (December 16, 1966), and International Declaration Concerning the Laws and Customs of War, adopted by the Conference of Brussels, Aug. 27, 1874, (1907) 1 Am.Jur.Int.L. Supp. 96; and <u>Protocol No. 1</u> - <u>European Convention on the Human Rights and Fundamental Freedoms</u> (Mar.20, 1952, 213 U.N.T.S. 262, E.T.S.9); and Multilateral Declaration on Forced Transfers of Property in Enemy Controlled Territory of 1943, 943 U.S.T. LEXIS 188, 3 Bevans 754; Multilateral Gold Policy of 1944, 1944 U.S.T. LEXIS 149, 3 Bevans 889; and Customary International Principles of International Law Recognized in the Charter of the Nuremberg Tribunal, G.A. Res.95(I), UNGAOR, 1st Ses.,188, UN Doc. A/236 (1947).

<u>SUPPLEMENTAL JURISDICTION – 28 USC §1367</u>

44. The Court has jurisdiction over all non-governmental defendants and/or over Plaintiffs-

    Appellants' non-federal law claims, by supplemental jurisdiction, 28 U.S.C. Sec. 1367 and

    for any claims not otherwise covered by the aforementioned jurisdictional bases.


Dated: October 12, 2012                   Respectfully Submitted,

By: */s/Hassan A. Abbas*             ELFRIEDE KORBER
Plaintiffs'- Appellants Counsel       CHRISTOPHER MARK
                                     Individually and on behalf of all
Hassan A. Abbas, J.D.              others similarly situated
Attorney and Counselor at Law      PLAINTIFFS-APPELLANTS
(Illinois ARDC No. 6206474)
Hoveniersstraat 2, Ste. 232
Antwerp, 2018 Belgium
Tel +323 233 3910 Fax +323 233 9767
Email: haa-law@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2012, I electronically filed the foregoing document: PLAINTIFFS-APPELLANTS  SUPPLEMENTAL STATEMENT OF JURISDICTION with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/*Hassan A. Abbas*
Plaintiffs-Appellants Counsel


Hassan A. Abbas, J.D.
Attorney and Counselor at Law
Illinois A.R.D.C. No. 6206474
Hoveniersstraat 2, Suite 232-Box 344
Antwerp, 2018 Belgium
Tel. +323 233 3910
Fax +323 233 9767
Email: haa-law@hotmail.com