# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| Everett McKinley Dirksen United States Courthouse | | Office of the Clerk |
| --- | --- | --- |
| Room 2722 - 219 S. Dearborn Street | | Phone: (312) 435-5850 |
| Chicago, Illinois 60604 | | www.ca7.uscourts.gov |

## NOTICE OF ISSUANCE OF MANDATE

January 31, 2014

To:     Thomas G. Bruton
        UNITED STATES DISTRICT COURT
        Northern District of Illinois
        Chicago , IL 60604-0000

| | |
| --- | --- |
| No.: 12-3269 | ELFRIEDE KORBER and CHRISTOPHER MARK,<br>Plaintiffs - Appellants<br><br>v.<br><br>BUNDESREPUBLIK DEUTSCHELAND, et al.,<br> Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:08-cv-06254<br>Northern District of Illinois, Eastern Division<br>District Judge Edmond E. Chang | |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:          No record to be returned

**NOTE TO COUNSEL:**

If any physical and large documentary exhibits have been filed in the above-entitled cause, they are

to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                          **Received by:**


_____                         _____


form name: **c7_Mandate**(form ID: **135**)