# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

January 9, 2014

Before:

FRANK H. EASTERBROOK, *Circuit Judge*

ANN CLAIRE WILLIAMS, *Circuit Judge*

JOHN DANIEL TINDER, *Circuit Judge*

| No.: 12-3269 | ELFRIEDE KORBER and CHRISTOPHER MARK, Plaintiffs - Appellants<br><br>v.<br><br>BUNDESREPUBLIK DEUTSCHELAND, et al., Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:08-cv-06254<br>Northern District of Illinois, Eastern Division<br>District Judge Edmond E. Chang ||

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)